# Exhibit 6

**Exhibit 08 – U.S. PATENT NO. 8,149,338**

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 7. A method of performing a color correction operation comprising the steps of: | The Amazon HDR Accused Services are capable of performing method of color correction.<br><br>For example, the Fire TV can perform color correction in accordance with the Dolby Vision specification.<br><br>Source: https://www.amazon.com/dp/B0DD2P7YVW/ref=stf_smp_hp_escen_ms5_1?ref_=amzdv_esc_bn_clk_8521791011_mepage-ESC-2_d_B0DD2P7YVW-r_0&th=1 |
| 7a. determining with a processor | Amazon HDR Accused Instrumentalities have a processor that determines a number of color correction operations to be performed in response to received metadata. |

---

[1] As used herein, the term "HDR Accused Instrumentalities" refers to all Amazon devices that are HDR, HDR10+, or Dolby Vision compliant as defined in the complaint. For purposes of this analysis, the Fire TV Omni Series is used as the representative product, as all HDR Accused Instrumentalities perform the same accused functionality in substantially the same way with respect to the asserted patent claims.

**Exhibit 08 – U.S. PATENT NO. 8,149,338**

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| of a color correction machine a number of color correction operations to be performed in response to received metadata; and | For example, the Fire TV has a quad-core processor.<br><br>**Speed, redefined**<br>Forget typing in a show or searching app by app. Jump right into what you love with blazing-fast performance and an intelligent experience.<br><br>Apps open and load quickly — Quad-core processor<br>Seamless streaming and gaming — Wi-Fi 6 support<br>Smart and intuitive search — Fire TV with Alexa<br><br>Source: https://www.amazon.com/dp/B0DD2P7YVW/ref=stf_smp_hp_escen_ms5_1?ref_=amzdv_esc_bn_clk_8521791011_mep2_d_B0DD2P7YVW-r_0&th=1<br><br>When doing Dolby Vision color correction, the Fire TV processor determines a number of color correction operations to be performed by analyzing the metadata received with the video content, such as the num_ext_blocks which specifies a number of metadata levels to be used in the color correction process.<br><br>**num_ext_blocks** specifies the number of extended metadata blocks. The value shall be in the range of 0 to 254, inclusive. |

Exhibit 08 – U.S. PATENT NO. 8,149,338

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | **ext_block_level** specifies the level of payload contained in the current extended metadata block. The value shall be in the range of 0 to 255, inclusive. The corresponding block levels are defined in Table 147 below. If ext_block_level is not present, it shall be inferred to be 0.<br><br>202<br><br>CTA-861-G<br><br>| ext_block_level | extended metadata block type |<br>|---|---|<br>| 0 | Reserved |<br>| 1 | Level 1 Metadata – Content Range |<br>| 2 | Level 2 Metadata – Trim Pass |<br>| 3 | Level 3 Metadata – Content Range Offsets |<br>| 4 | Reserved |<br>| 5 | Level 5 Metadata – Active Area |<br>| 6…255 | Reserved |<br>**Table 147 Definition of extended metadata block type**<br><br>CTA 861-G Annex R.<br><br>For example, the Dolby Vision content includes level 1 and level 2 metadata that define a number of color correction operations. |

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | **Dolby Vision Metadata Levels**<br>Apr 1, 2025 Knowledge<br><br>**Dolby Vision Metadata**<br><br>The Dolby Vision Mastering Metadata comprises global type, track type, shot type and frame-based structures. Global and track type metadata are static metadata and applied to the entire deliverable while shot-based and frame-based metadata are dynamic and applied on a per-shot and per frame in certain specific cases involving dissolves, transitions or animations. Dolby Vision metadata is created by the colorist during the color correction/grading process.<br><br>The metadata that is created can be exported from the color correction system as an XML.<br><br>There are two versions of Dolby Vision namely, CMv2.9 and CMv4.0. CMv4.0 uses improved algorithms and an advanced and more complex tone curve that allows for better mapping and more controls during the Dolby Vision trim pass process.<br>Dolby Vision metadata travels with the associated content and instructs Dolby Vision playback devices how a piece of content must be played back.<br>As there are two versions of Dolby Vision CM algorithms, there are also two versions of XML to support each CM version.<br><br>**Levels of Metadata**<br><br>The Dolby Vision metadata in the XML is divided into a few levels based on the different aspects of the project and content that have to be recorded.<br><br>| v2.9 | Backward compatible v2.9 metadata (derived from v4.0) | v4.0 |<br>|---|---|---|<br>| L0 | Mastering/Target Display Characteristics | L0 |<br>| L1 | Level1 (min, avg, max) | L1 |<br>| | | L3 ✳ |<br>| L2 | Target Trim Metadata | L8 ✳ |<br>| L5 | Timeline Aspect Ratio Description | L5 |<br>| L6 | MAXCLL/MAXFALL | L6 |<br>| | | L9 ✳ |<br>| | | Level254 ✳ |<br><br>✳ New in v4.0 |

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
|  | **L1 – Level 1 – (min, avg, max)**<br>The Dolby Vision analysis produces three values per shot (or per frame) to describe the image and its dynamic range.<br><br>**L2 – Level 2 – Target Trim Metadata**<br>The trims and metadata adjustments done by the colorist during the trim pass in Dolby Vision version 2.9 are recorded as L2 metadata in the XML. L2 metadata is generated automatically by an algorithm and inserted into Dolby Vision v4.0 XMLs (for backward compatibility with legacy v2.9 devices).<br><br>Source: https://professionalsupport.dolby.com/s/article/Dolby-Vision-Metadata-Levels?language=en_US<br><br>An exemplary Dolby Vision file with level 1 and level 2 data is shown below.<br><br>```
▼<PluginNode>
  ▼<DVDynamicData>
    ▼<Level1 level="1">
        <ImageCharacter>0 0.406738 0.725933</ImageCharacter>
      </Level1>
    ▼<Level2 level="2">
        <TID>1</TID>
        <Trim>0 0 0 -0.0493519 -0.370189 0.392716 -0.021 0.106 0.092</Trim>
      </Level2>
    ▼<Level2 level="2">
        <TID>27</TID>
        <Trim>0 0 0 -0.0196498 -0.0660979 0.0625466 -0.002217 0.0111906 0.0209593</Trim>
      </Level2>
    ▼<Level2 level="2">
        <TID>48</TID>
        <Trim>0 0 0 -6.0786e-07 0.000893964 0.00139222 0 0 0</Trim>
      </Level2>
``` |

**Exhibit 08 – U.S. PATENT NO. 8,149,338**

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
|  | ```xml
<PluginNode>
  <DVDynamicData>
    <Level1 level="1">
      <ImageCharacter>0 0.406738 0.725933</ImageCharacter>
    </Level1>
    <Level2 level="2">
      <TID>1</TID>
      <Trim>0 0 0 -0.0493519 -0.370189 0.392716 -0.021 0.106 0.092</Trim>
    </Level2>
    <Level2 level="2">
      <TID>27</TID>
      <Trim>0 0 0 -0.0196498 -0.0660979 0.0625466 -0.002217 0.0111906 0.0209593</Trim>
    </Level2>
    <Level2 level="2">
      <TID>48</TID>
      <Trim>0 0 0 -6.0786e-07 0.000893964 0.00139222 0 0 0</Trim>
    </Level2>
    <Level3 level="3">
      <L1Offset>0 -0.110722 0</L1Offset>
    </Level3>
```<br><br>Source: https://professionalsupport.dolby.com/s/article/Examination-of-a-Dolby-Vision-XML-file?language=en_US |
| 7b. performing with the processor of said color correction machine the color correction operations determined in said previous step on image data and said color correction operations are performed on a specified region of an image selected from | The Amazon HDR Accused Instrumentalities perform with the processor the color correction operations determined in said previous step on image data and said color correction operations are performed on a specified region of an image selected from image data used for rendering a sequence of images.<br><br>For example, the Fire TV uses the Dolby Vision level 5 metadata to determine the region that the color correction is performed on. |

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| image data used for rendering a sequence of images. | **Dolby Vision Metadata Levels**<br>Apr 1, 2025 Knowledge<br><br>**Dolby Vision Metadata**<br><br>The Dolby Vision Mastering Metadata comprises global type, track type, shot type and frame-based structures. Global and track type metadata are static metadata and applied to the entire deliverable while shot-based and frame-based metadata are dynamic and applied on a per-shot and per frame in certain specific cases involving dissolves, transitions or animations. Dolby Vision metadata is created by the colorist during the color correction/grading process.<br><br>The metadata that is created can be exported from the color correction system as an XML.<br><br>There are two versions of Dolby Vision namely, CMv2.9 and CMv4.0. CMv4.0 uses improved algorithms and an advanced and more complex tone curve that allows for better mapping and more controls during the Dolby Vision trim pass process.<br>Dolby Vision metadata travels with the associated content and instructs Dolby Vision playback devices how a piece of content must be played back.<br>As there are two versions of Dolby Vision CM algorithms, there are also two versions of XML to support each CM version.<br><br>**Levels of Metadata**<br>The Dolby Vision metadata in the XML is divided into a few levels based on the different aspects of the project and content that have to be recorded.<br><br>| v2.9 | Backward compatible v2.9 metadata (derived from v4.0) | v4.0 |<br>|---|---|---|<br>| L0 | Mastering/Target Display Characteristics | L0 |<br>| L1 | Level1 (min, avg, max) | L1 |<br>|  |  | L3 ✱ |<br>| L2 | Target Trim Metadata | L8 ✱ |<br>| L5 | Timeline Aspect Ratio Description | L5 |<br>| L6 | MAXCLL/MAXFALL | L6 |<br>|  |  | L9 ✱ |<br>|  |  | Level254 ✱ |<br><br>✱ New in v4.0 |

Exhibit 08 – U.S. PATENT NO.  8,149,338

| 8,149,338 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
|  | Source: https://professionalsupport.dolby.com/s/article/Dolby-Vision-Metadata-Levels?language=en_US<br><br>An exemplary Dolby Vision file with level 5 metadata is shown below.<br><br>Source: https://professionalsupport.dolby.com/s/article/Examination-of-a-Dolby-Vision-XML-file?language=en_US |