# Exhibit 8

## Claim Chart Showing Infringement of U.S. Patent No. 9,654,751

As outlined in the below claim chart, TCL directly infringes, either literally or under the doctrine of equivalents, at least Claim 14 (the "Asserted Claims") of the '751 Patent through its sale, offer for sale, making, and/or use within the United States of the Accused Products that support high dynamic range ("HDR") formats including HDR10, HDR10+, and/or Dolby Vision. The exemplary claim mappings below include images and data from the TCL 55QM7K Series QD-MINI LED QLED 4K UHD Smart TV, but the following chart is exemplary of infringement by TCL's Accused Products that use HDR formats. Moreover, TCL actively induces TCL Customers to use the Accused Products such that the TCL Customers directly infringe at least the above asserted claims and contributes to others practicing at least the above Asserted Claims.

The following chart is based on information known to date. InterDigital reserves the right to amend and update this chart as additional information is obtained and analyzed.[1] InterDigital further reserves the right to issue expert reports explaining in detail TCL's infringement of the '751 Patent.

---

[1] This exemplary chart does not limit, and is not intended to limit, InterDigital's positions or contentions on claim construction, infringement, or validity. InterDigital reserves the right to rely on other claims and/or products to establish infringement. Furthermore, this chart should not be construed as providing any positions on claim construction, such as, for example, whether any preamble should be limiting or whether any claim element is subject to 35 U.S.C. Section 112(f).

| CLAIM | SOURCES |
|---|---|
| 14[P]. A display unit for processing a plurality of picture data, comprising: | To the extent the preamble is limiting, the Accused Products practice a display unit for processing a plurality of picture data as described by at least the following technical specifications:<br><br>**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k<br><br>**TCL QM7K**<br><br> |

| CLAIM | SOURCES |
|---|---|
| |  |

| CLAIM | SOURCES |
|---|---|
| |  |

| CLAIM | SOURCES |
|---|---|
| | **1  Introduction**<br><br>The objective of this document is to provide information and clear guidelines for creating the best possible Dolby Vision HDR Master and the Dolby Vision Dynamic Metadata using a color correction system. It is assumed that the source material used for this purpose will be of the highest quality available and the system is running the released Dolby Vision version of software.<br>The Dolby Vision content creation process involves the following steps. Steps 1, 2 and 4 are required.<br>   1.  Create the HDR Master<br>   2.  Create Level 1 (L1) Analysis Dolby Vision Metadata<br>   3.  Optionally apply creative Level 2 (L2) Trim Metadata<br>   4.  Create Deliverables<br><br>**4  Creating Dynamic Dolby Vision Metadata**<br><br>Once grading is completed for the HDR master, the first step is to analyze all the shots to create Level 1 Analysis Metadata for Dolby Vision. Shots can be analyzed after each shot has been graded, at the end of a scene or at the very end of HDR mastering.<br><br>**4.1  Setting the Target Display**<br><br>Select a target display for Content Mapping and creative trims. Set the target display to the Rec.709, 100-nit target display first. Make sure you are using Full Range settings on your target display.<br><br>**IMPORTANT NOTE:**  If applying trims to any shot on the timeline, the SDR 100-nit, Rec.709 trim is required to establish the foundation for trim interpolation.<br><br>**4.1.1  CMv2.9 Target Displays**<br>In CMv2.9, the target display is a pre-defined list of displays. Select the one that matches the target monitor being used. |

| CLAIM | SOURCES |
|---|---|
| | **4.2   Creating L1 Analysis Metadata**<br><br>Select the shot or shots on the timeline and execute the analysis algorithm. L1 metadata is automatically created for each shot. L1 metadata consists of three values to describe the tonal range of the shot and stored as L1Min, L1Mid and L1Max. Once the L1 values are applied, this creates the first level of Dolby Vision Content Mapping.<br>The L1 values are not editable. With CMv4, there is an additional global trim control to shift the mid tones of the image using the global 'Mid Offset'.<br><br>**4.3   Setting Trim Metadata**<br><br>Once the target display is selected and Analysis has completed, the color corrector will start content mapping or send L0 and L1 metadata to the eCMU over SDI and the eCMU will start content mapping to the target display. The colorist can now use the Dolby Vision L2/L8 Trim controls to modify the mapped look as needed.<br>The Dolby Vision Content Mapping algorithms are designed to reflect the creative intent in the HDR master image. The colorist can use the Dolby Vision Trim controls to modify the mapped look as needed. If the default mapping is acceptable, the colorist can skip that shot and move to the next shot on the timeline.<br><br><u>**IMPORTANT NOTE 1:**</u>  It is REQUIRED that the colorist set the target display to map the HDR grade to an SDR Rec.709, 100-nit target and check the mapping for all the shots across the entire timeline. This is required irrespective of whether you intend to use the resulting metadata to create an SDR Rec.709, 100-nit deliverable for distribution. |

| CLAIM | SOURCES |
|---|---|
| | **Setting Additional Target Trims**<br><br>Always complete the SDR Rec.709, 100-nit Target Trim first. In addition to this target trim, the colorist has the option to create additional trims for other targets to refine the Dolby Vision Content Mapping algorithms. These additional trims are not required for Dolby Vision but may be requested by the client or studio. If additional trims are required, be sure to perform a full pass and not use the same values for the entire timeline. Once the Rec.709, 100-nit trim has been created, the additional trims should not be drastic and very quick to achieve. In general, only a few shots per reel may require trimming.<br>• For a 4000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 1000-nits to check the mapping at 1000 nits for the HDR10 deliverable.<br>• For a 1000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 600-nits to check the mapping at the average peak luminance level of current consumer HDR televisions.<br>Colorists may choose to add both 600-nit and 1000-nit additional trims for a 2000-nit or 4000-nit master HDR grade. Dolby Vision supports up to 4 target trims per deliverable. Each additional trim pass only requires minimal adjustments due to the previous trims at surrounding targets.<br><br>Source(s):<br>• TCL QM7K<br>• "Dolby Vision White Paper: Dolby Vision for the Home (2016)"<br>• Dolby Vision Color Grading Best Practices Guide, Version 4.3 (February 18, 2021) |
| [14.1] a display including a display specification including at least one display requirement; | The Accused Products practice the element "a display including a display specification including at least one display requirement", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k<br><br>**TCL QM7K** |

| CLAIM | SOURCES |
|-------|---------|
|       |  |

| CLAIM | SOURCES |
|-------|---------|
|       |  |

| CLAIM | SOURCES |
|---|---|
| | **Display** |

| Display | |
|---|---|
| LED Technology | QD-Mini LED |
| Display Technology | QLED – Quantum Dot Technology |
| Panel Type | CrystGlow HVA Panel |
| Panel Refresh Rate | 144Hz |
| Variable Refresh Rate (VRR) | Up to 144Hz |
| Panel Resolution | 4K Ultra HD (3840 x 2160) |
| Display Colors | 1.07 billion |
| Local Dimming Type | Up to LD500 Precise Dimming Series |
| High Dynamic Range Format | HDR10, HDR 10+, HLG, Dolby vision, Dolby Vision gaming, Dolby vision IQ |
| Display Brightness | HDR 2600 Nits |

**PRODUCTION** — **DISTRIBUTION** — **PLAYBACK**

| PREPRODUCTION/ PRODUCTION | POSTPRODUCTION | DIGITAL INTERMEDIATE | ENCODING | DELIVERY | |
|---|---|---|---|---|---|

- VISUAL CAPTURE
- DAILIES
- EDITING
- VFX
- MASTERING
- COLOR GRADING
- MEZZANINE ENCODING

DOLBY VISION METADATA

- DISTRIBUTION ENCODING

DOLBY VISION METADATA

- OTT
- BROADCAST
- PACKAGE MEDIA

DOLBY VISION METADATA

- SET-TOP BOX
- BLU-RAY
- GAMING CONSOLE
- DOLBY VISION DISPLAY

| CLAIM | SOURCES |
|---|---|
| | <br><br>**Technology/Television/Set Top Box/Mobile table** |

| TECHNOLOGY COMPONENT | TELEVISION | SET TOP BOX, GAME CONSOLES, DMA, PC | MOBILE OR LAPTOP |
|---|---|---|---|
| DOLBY VISION DECODER | ✓ ( FOR OTT APPS ) | ✓ | ✓ |
| DOLBY VISION DISPLAY MANAGEMENT | ✓ | ✗ | ✓ |

### 5  Previewing the grade on a Dolby Vision TV via HDMI Tunneling

eCMU software version 3 includes a new feature called, 'HDMI Tunneling'. This feature enables the eCMU to output video and metadata to a compatible Dolby Vision TV over HDMI for version 2.9 projects. The eCMU accepts SDI video with Dolby Vision Metadata and outputs to the Dolby Vision TV over HDMI. The TV then performs the content mapping with its on-board processing and displays real-time mapping of the content as a consumer would experience it (minus encoding).

This feature should only be used as a final check, real-time QC pass or client monitor. This feature is NOT intended to replace a reference display for color grading or to directly set trims. Using a consumer display will likely cause image issues in the deliverable and during playback on different devices.

#### 5.1  Recommended Dolby Vision TVs

The below Dolby Vision TVs are compatible and recommended for using the HDMI Tunneling feature:

- Calibrated LG CX, C9, C8 and C7 Series

NOTE: Only certain Dolby Vision TVs are compatible with the HDMI Tunneling feature. It is highly recommended that the TVs listed above are used with this feature. Sony and Panasonic Dolby Vision TVs are not compatible with the eCMU's HDMI Tunneling feature.

Source(s):

| CLAIM | SOURCES |
|---|---|
| | • TCL QM7K<br>• "Dolby Vision White Paper: Dolby Vision for the Home (2016)" |
| [14.2] a picture selector for obtaining the plurality of picture data and operative to access a plurality of different virtual device models, | The Accused Products practice the element "a picture selector for obtaining the plurality of picture data and operative to access a plurality of different virtual device models", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br><br><br> |

| CLAIM | SOURCES |
|---|---|
| | **Table 7: Definition of extended metadata block type** |

| ext_block_level | extended metadata block type |
|---|---|
| 0 | Reserved |
| 1 | Level 1 Metadata - Content Range |
| 2 | Level 2 Metadata - Trim Pass |
| 3 | Reserved |
| 4 | Reserved |
| 5 | Level 5 Metadata - Active Area |
| 6 …255 | Reserved |

**11.1 Metadata Version 2.0.5 XML for CMv2.9**

| Metadata Level/Field | Description |
|---|---|
| **LEVEL 0** | **GLOBAL METADATA (STATIC)** |
| Mastering Display | Describes the characteristics of the mastering display used for the project |
| Global Aspect Ratio | Ratio of canvas and image (active area) |
| Frame Rate | Frame Rate |
| Target Display | Describes the characteristics of each target display used for L2 trim metadata |
| Color Encoding | Describes the image container deliverable |
| Algorithm/Trim Version | CM algorithm version and Trim version |
| **LEVEL 1** | **ANALYSIS METADATA (DYNAMIC)** |
| L1 Min, Mid, Max | Three floating point values that characterizes the dynamic range of the shot or frame
Shot-based L1 metadata is created by analyzing each frame contained in a shot in LMS color space and combined to describe the entire shot as L1Min, L1Mid, L1Max |
| **LEVEL 2** | **PER-TARGET TRIM METADATA (DYNAMIC)** |
| Reserved1, Rerserved2, Reserved3, Lift, Gain, | User defined image controls to adjust the content-mapped images on a per-target basis. |

| CLAIM | SOURCES |
|---|---|

| | | |
|---|---|---|
| Gamma, Saturation, Chroma and Tone Detail | | |
| **LEVEL 5** | **PER-SHOT ASPECT RATIO (DYNAMIC)** | |
| Canvas,Image | Used for defining shots that have different aspect ratios than the global L0 aspect ratio | |
| **LEVEL 6** | **OPTIONAL HDR10 METADATA (STATIC)** | |
| MaxFALL, MaxCLL | Metadata for HDR10 | |
| | MaxCLL - Maximum Content Light Level | |
| | MaxFALL - Maximum Frame Average Light Level | |

**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k

**TCL QM7K**

| CLAIM | SOURCES |
|---|---|
| | MODEL 55QM7K<br><br>**TCL 55" QM7K SERIES QD-MINI LED QLED 4K UHD SMART TV WITH GOOGLE TV – 55QM7K**<br><br>★★★★½ (67)4.7  ~~$1,199.99~~ $599.99<br><br>ADD TO CART  WHERE TO BUY  BUY IT NOW<br><br>• QD-Mini LED<br>• TCL Halo Control System<br>• Up to LD2500 Precise Dimming<br>• High HDR2600 Brightness<br>• CrystGlow HVA Panel<br>• Audio by BANG & OLUFSEN<br>• Enhanced QLED<br>• 144Hz Native Refresh Rate<br>• Game Accelerator 240<br>• TCL AIPQ PRO Processor<br>• Motion Rate 480 with MEMC Frame Insertion<br>• Filmmaker Mode<br>• HDR ULTRA with Dolby Vision IQ, HDR10+, HDR10, & HLG<br>• Dolby Atmos Audio<br>• IMAX Enhanced Certification<br>• Auto Game Mode (ALLM) with AMD FreeSync Premium Pro<br>• Ultra Slim Design<br>• Google TV Smart OS with Hands-Free Voice Control and Backlit Voice Remote<br>• Bluetooth Personal Audio<br>• 4 HDMI Inputs including one with eARC<br>• Wi-Fi 5<br>• Google Chromecast Built-in<br>• Apple AirPlay 2<br>• Works with: Amazon Alexa, Google Assistant, Apple HomeKit<br><br>Source(s):<br>• "Dolby Vision White Paper: Dolby Vision for the Home (2016)"<br>• ETSI GS CCM 001 V1.1.1 (2017-02)<br>• Dolby Vision Color Grading Best Practices Guide, Version 4.3 (February 18, 2021)<br>• TCL QM7K |

| CLAIM | SOURCES |
|---|---|
| [14.3] each of the virtual device models including at least one parameter for specifying at least one display feature, | The Accused Products practice the element "each of the virtual device models including at least one parameter for specifying at least one display feature", either literally or under the doctrine of equivalents, as described by at least the following technical specifications: |

**Table 5: Extension metadata payload syntax**

| ext_metadata_payload( ext_block_length, ext_block_level ) { | Descriptor | Default Value |
|---|---|---|
| if( ext_block_level == 1 ) { | | |
| **min_PQ_hi** | u(8) | refer to 6.2.2 |
| **min_PQ_lo** | u(8) | refer to 6.2.2 |
| **max_PQ_hi** | u(8) | refer to 6.2.2 |
| **max_PQ_lo** | u(8) | refer to 6.2.2 |
| **avg_PQ_hi** | u(8) | refer to 6.2.2 |
| **avg_PQ_lo** | u(8) | refer to 6.2.2 |
| } | | |
| if( ext_block_level == 2 ) { | | |
| **target_max_PQ_hi** | u(8) | refer to 6.2.2 |
| **target_max_PQ_lo** | u(8) | refer to 6.2.2 |
| **trim_slope_hi** | u(8) | 0x08 |
| **trim_slope_lo** | u(8) | 0x00 |
| **trim_offset_hi** | u(8) | 0x08 |
| **trim_offset_lo** | u(8) | 0x00 |
| **trim_power_hi** | u(8) | 0x08 |
| **trim_power_lo** | u(8) | 0x00 |
| **trim_chroma_weight_hi** | u(8) | 0x08 |
| **trim_chroma_weight_lo** | u(8) | 0x00 |
| **trim_saturation_gain_hi** | u(8) | 0x08 |
| **trim_saturation_gain_lo** | u(8) | 0x00 |
| **ms_weight_hi** | u(8) | 0x0F |
| **ms_weight_lo** | u(8) | 0xFF |
| } | | |

| CLAIM | SOURCES |
|---|---|
| | if( ext_block_level == 5 ) { |

| | | | |
|---|---|---|---|
| | if( ext_block_level == 5 ) { | | |
| | **active_area_left_offset_hi** | u(8) | 0x00 |
| | **active_area_left_offset_lo** | u(8) | 0x00 |
| | **active_area_right_offset_hi** | u(8) | 0x00 |
| | **active_area_right_offset_lo** | u(8) | 0x00 |
| | **active_area_top_offset_hi** | u(8) | 0x00 |
| | **active_area_top_offset_lo** | u(8) | 0x00 |
| | **active_area_bottom_offset_hi** | u(8) | 0x00 |
| | **active_area_bottom_offset_lo** | u(8) | 0x00 |
| | } | | |
| | } | | |

**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k

**TCL QM7K**

| CLAIM | SOURCES |
|---|---|
| | MODEL 55QM7K<br><br>**TCL 55'' QM7K SERIES QD-MINI LED QLED 4K UHD SMART TV WITH GOOGLE TV – 55QM7K**<br>★★★★½ (67)4.7<br><br>- QD-Mini LED<br>- TCL Halo Control System<br>- Up to LD2500 Precise Dimming<br>- High HDR2600 Brightness<br>- CrystGlow HVA Panel<br>- Audio by BANG & OLUFSEN<br>- Enhanced QLED<br>- 144Hz Native Refresh Rate<br>- Game Accelerator 240<br>- TCL AIPQ PRO Processor<br>- Motion Rate 480 with MEMC Frame Insertion<br>- Filmmaker Mode<br>- HDR ULTRA with Dolby Vision IQ, HDR10+, HDR10, & HLG<br>- Dolby Atmos Audio<br>- IMAX Enhanced Certification<br>- Auto Game Mode (ALLM) with AMD FreeSync Premium Pro<br>- Ultra Slim Design<br>- Google TV Smart OS with Hands-Free Voice Control and Backlit Voice Remote<br>- Bluetooth Personal Audio<br>- 4 HDMI Inputs including one with eARC<br>- Wi-Fi 5<br>- Google Chromecast Built-in<br>- Apple AirPlay 2<br>- Works with: Amazon Alexa, Google Assistant, Apple HomeKit<br><br>~~$1,199.99~~  $599.99<br>ADD TO CART    WHERE TO BUY<br>BUY IT NOW<br><br>Source(s):<br>    • ETSI GS CCM 001 V1.1.1 (2017-02)<br>    • TCL QM7K |

Exhibit 8
Page 144

| CLAIM | SOURCES |
|---|---|
| [14.4] and wherein the picture selector is configured to select one of the virtual device models to control a display picture provided by the display based on a comparison between the virtual device models and the display specification of the display, | The Accused Products practice the element "wherein the picture selector is configured to select one of the virtual device models to control a display picture provided by the display based on a comparison between the virtual device models and the display specification of the display", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**S1: § 6.2.2 HDR display management metadata semantics**<br><br>This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3.<br><br>(…)<br><br>**target_max_PQ** specifies the maximum luminance value of a target display in 12-bit encoding with an EOTF as defined in [1]. The value of target_max_PQ is defined as (target_max_PQ_hi<<8 \| target_max_PQ_lo). The value shall be in the range of 0 to 4 095, inclusive. If target_max_PQ is not present, it shall be inferred to be equal to the value of source_max_PQ. The target_max_PQ is the PQ encoded value of TargetedSystemDisplayMaximumLuminance as defined in clause 10.4 of SMPTE ST 2094-1 [3].<br><br>NOTE 1: If there is more than one extension block with ext_block_level equal to 2, those blocks will not have a duplicated target_max_PQ. |

| CLAIM | SOURCES |
|---|---|
| | **4.2    EOTF Linearization Equation**<br><br>The linear color values proportional to the desired optical output denoted by $L$ are related to the nonlinear color values proportional to an input signal denoted by $N$. This relationship shall be defined by the EOTF linearization equation:<br><br>**Equation 4.1**<br><br>$$L = \left( \frac{max\left[\left(N^{1/m_2} - c_1\right), 0\right]}{c_2 - c_3 N^{1/m_2}} \right)^{1/m_1}$$<br><br>where<br><br>    $N$ denotes a nonlinear color value<br><br>    $L$ denotes the corresponding linear color value<br><br>    $m_1$ is the number $2610/4096 \times \frac{1}{4} = 0.1593017578125$<br><br>    $m_2$ is the number $2523/4096 \times 128 = 78.84375$<br><br>    $c_1$ is the number $3424/4096 = 0.8359375 = c_3 - c_2 + 1$<br><br>    $c_2$ is the number $2413/4096 \times 32 = 18.8515625$<br><br>    $c_2$ is the number $2392/4096 \times 32 = 18.6875$ |

| CLAIM | SOURCES |
|---|---|
|  | **4.3 Setting Trim Metadata**<br><br>Once the target display is selected and Analysis has completed, the color corrector will start content mapping or send L0 and L1 metadata to the eCMU over SDI and the eCMU will start content mapping to the target display. The colorist can now use the Dolby Vision L2/L8 Trim controls to modify the mapped look as needed.<br><br>The Dolby Vision Content Mapping algorithms are designed to reflect the creative intent in the HDR master image. The colorist can use the Dolby Vision Trim controls to modify the mapped look as needed. If the default mapping is acceptable, the colorist can skip that shot and move to the next shot on the timeline.<br><br>**IMPORTANT NOTE 1:**  It is REQUIRED that the colorist set the target display to map the HDR grade to an SDR Rec.709, 100-nit target and check the mapping for all the shots across the entire timeline. This is required irrespective of whether you intend to use the resulting metadata to create an SDR Rec.709, 100-nit deliverable for distribution.<br><br>---<br><br>**Setting Additional Target Trims**<br><br>Always complete the SDR Rec.709, 100-nit Target Trim first. In addition to this target trim, the colorist has the option to create additional trims for other targets to refine the Dolby Vision Content Mapping algorithms. These additional trims are not required for Dolby Vision but may be requested by the client or studio. If additional trims are required, be sure to perform a full pass and not use the same values for the entire timeline. Once the Rec.709, 100-nit trim has been created, the additional trims should not be drastic and very quick to achieve. In general, only a few shots per reel may require trimming.<br>• For a 4000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 1000-nits to check the mapping at 1000 nits for the HDR10 deliverable.<br>• For a 1000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 600-nits to check the mapping at the average peak luminance level of current consumer HDR televisions.<br>Colorists may choose to add both 600-nit and 1000-nit additional trims for a 2000-nit or 4000-nit master HDR grade. Dolby Vision supports up to 4 target trims per deliverable. Each additional trim pass only requires minimal adjustments due to the previous trims at surrounding targets. |

| CLAIM | SOURCES |
|---|---|
| | **5  Previewing the grade on a Dolby Vision TV via HDMI Tunneling**<br><br>eCMU software version 3 includes a new feature called, 'HDMI Tunneling'. This feature enables the eCMU to output video and metadata to a compatible Dolby Vision TV over HDMI for version 2.9 projects. The eCMU accepts SDI video with Dolby Vision Metadata and outputs to the Dolby Vision TV over HDMI. The TV then performs the content mapping with its on-board processing and displays real-time mapping of the content as a consumer would experience it (minus encoding).<br>This feature should only be used as a final check, real-time QC pass or client monitor. This feature is NOT intended to replace a reference display for color grading or to directly set trims. Using a consumer display will likely cause image issues in the deliverable and during playback on different devices.<br><br>**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k<br><br>**TCL QM7K** |

| CLAIM | SOURCES |
|---|---|
| | **MODEL 55QM7K**<br>**TCL 55'' QM7K SERIES QD-MINI LED QLED 4K UHD SMART TV WITH GOOGLE TV – 55QM7K**<br>★★★★⯪ (67)4.7<br><br>~~$1,199.99~~  **$599.99**<br><br>ADD TO CART   WHERE TO BUY   BUY IT NOW<br><br>• QD-Mini LED<br>• TCL Halo Control System<br>• Up to LD2500 Precise Dimming<br>• High HDR2600 Brightness<br>• CrystGlow HVA Panel<br>• Audio by BANG & OLUFSEN<br>• Enhanced QLED<br>• 144Hz Native Refresh Rate<br>• Game Accelerator 240<br>• TCL AIPQ PRO Processor<br>• Motion Rate 480 with MEMC Frame Insertion<br>• Filmmaker Mode<br>• HDR ULTRA with Dolby Vision IQ, HDR10+, HDR10, & HLG<br>• Dolby Atmos Audio<br>• IMAX Enhanced Certification<br>• Auto Game Mode (ALLM) with AMD FreeSync Premium Pro<br>• Ultra Slim Design<br>• Google TV Smart OS with Hands-Free Voice Control and Backlit Voice Remote<br>• Bluetooth Personal Audio<br>• 4 HDMI Inputs including one with eARC<br>• Wi-Fi 5<br>• Google Chromecast Built-in<br>• Apple AirPlay 2<br>• Works with: Amazon Alexa, Google Assistant, Apple HomeKit<br><br>Source(s):<br>• ETSI GS CCM 001 V1.1.1 (2017-02)<br>• SMPTE ST 2084:2014: "Dynamic Range Electro-Optical Transfer Function of Mastering Reference Displays"<br>• Dolby Vision Color Grading Best Practices Guide, Version 4.3 (February 18, 2021)<br>• TCL QM7K |

| CLAIM | SOURCES |
|---|---|
| [14.5] and the picture selector is further configured to select one of the plurality of the picture data based on the selected one of the virtual device models; and | The Accused Products practice the element "the picture selector is further configured to select one of the plurality of the picture data based on the selected one of the virtual device models", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**DISPLAY MANAGER**<br><br>The display manager is tuned for the target display device: it knows the maximum and minimum brightness, color gamut, and other characteristics of that device. Metadata that accompanies the full-range Dolby Vision video signal carries information about the original system used to grade the content and any special information about the signal. Using this metadata, the display manager intelligently transforms the full-range signal to produce the best possible output on the target device.<br><br><br><br>**TCL**: https://www.tcl.com/us/en/products/home-theater/qm7k-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm7k<br><br>**TCL QM7K** |

| CLAIM | SOURCES |
|---|---|
| | MODEL 55QM7K<br><br>**TCL 55'' QM7K SERIES QD-MINI LED QLED 4K UHD SMART TV WITH GOOGLE TV – 55QM7K**<br>★★★★½ (67)4.7<br><br>~~$1,199.99~~  $599.99<br><br>ADD TO CART   WHERE TO BUY   BUY IT NOW<br><br>• QD-Mini LED<br>• TCL Halo Control System<br>• Up to LD2500 Precise Dimming<br>• High HDR2600 Brightness<br>• CrystGlow HVA Panel<br>• Audio by BANG & OLUFSEN<br>• Enhanced QLED<br>• 144Hz Native Refresh Rate<br>• Game Accelerator 240<br>• TCL AIPQ PRO Processor<br>• Motion Rate 480 with MEMC Frame Insertion<br>• Filmmaker Mode<br>• HDR ULTRA with Dolby Vision IQ, HDR10+, HDR10, & HLG<br>• Dolby Atmos Audio<br>• IMAX Enhanced Certification<br>• Auto Game Mode (ALLM) with AMD FreeSync Premium Pro<br>• Ultra Slim Design<br>• Google TV Smart OS with Hands-Free Voice Control and Backlit Voice Remote<br>• Bluetooth Personal Audio<br>• 4 HDMI Inputs including one with eARC<br>• Wi-Fi 5<br>• Google Chromecast Built-in<br>• Apple AirPlay 2<br>• Works with: Amazon Alexa, Google Assistant, Apple HomeKit<br><br>Source(s):<br>    • "Dolby Vision White Paper: Dolby Vision for the Home (2016)"<br>    • TCL QM7K |

| CLAIM | SOURCES |
|---|---|
| [14.6] a picture calibration component configured to adapt the selected one of the plurality of picture data selected by the picture selector to be displayed on the same display based on the selected virtual device model. | The Accused Products practice the element "a picture calibration component configured to adapt the selected one of the plurality of picture data selected by the picture selector to be displayed on the same display based on the selected virtual device model", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**S1: § 6 HDR display management (DM) metadata embedder definition**<br><br>**S1: § 6.1 Introduction**<br><br>This clause describes the guidelines for inserting HDR DM metadata into an HDR picture with transfer characteristics as defined in SMPTE ST 2084 [1] for transport over baseband interfaces (see figure 2).<br><br>As the HDR signal is likely to provide a dynamic range and a colour gamut out of the HDR sink's capability range, display management may be performed in order to adapt the HDR signal to this range. Display management operations are image-content dependent in order to achieve the maximum performance. This image-dependent mapping is controlled by HDR DM metadata which is generated from the original HDR content.<br><br>In general, a group of HDR pictures share one HDR DM metadata package, or in worst case, every individual HDR picture has its own HDR DM metadata. So it is critical to make sure that the HDR DM metadata is synchronized to its corresponding HDR picture(s).<br><br>The data structure of HDR DM metadata is defined in clause 6.2.<br><br>The packetization of HDR DM metadata transmission is provided in clause 6.3.<br><br>A mechanism of embedding HDR DM metadata transmission packet in the HDR signal is introduced in clause 6.4, that is similar to the MPEG-2 recoding information transport mechanism as defined in SMPTE 319M-2000 standard [i.1]. |

| CLAIM | SOURCES |
|---|---|
|  | NOTE 1: The metadata elements are defined according to the SMPTE standards ST 2086 [2], ST 2094-1 [3] and ST 2094 -10 [4] or set to the values defined below and according to the characteristics of the associated HDR picture.<br><br>NOTE 2: The composer described in clause 5 is independent of the type of SMPTE ST 2094 metadata carried. This clause only defines the method to embed SMPTE ST 2094 -10 [4] elements.<br><br>**DISPLAY MANAGER**<br><br>The display manager is tuned for the target display device: it knows the maximum and minimum brightness, color gamut, and other characteristics of that device. Metadata that accompanies the full-range Dolby Vision video signal carries information about the original system used to grade the content and any special information about the signal. Using this metadata, the display manager intelligently transforms the full-range signal to produce the best possible output on the target device.<br><br> |

| CLAIM | SOURCES |
|-------|---------|
|  | A major difference between the Dolby Vision approach and other HDR solutions is the metadata that accompanies each frame of the video all the way to the display manager in the consumer-playback device. Systems with generic HDR carry only static metadata that describes the properties of the color-grading monitor that was used to create the content and some very basic information about the brightness properties (maximum and average light levels) for the entire piece of content. Dolby Vision adds dynamic metadata that is produced during content creation; the dynamic properties of each scene are captured.  With this information, the Dolby Vision display manager is able to adapt the content to the properties of the display much more accurately. It allows hues to be preserved properly, which is critical for display of skin tones. Even with mass-market edge-lit TVs, the overall impression of colors is preserved much more accurately. <br><br> Guided by the Dolby Vision metadata, the Dolby Vision display manager enables great visual experiences on a wide range of display devices ranging from higher-end OLED TVs with stunning black levels to LCD TVs with advanced technologies like quantum dot, all the way down to mass-market edge-lit TVs. <br><br> Technology has moved far beyond current imaging standards for TV and movies. This end-to-end solution delivers dramatic imaging that fully expresses the original creative intent. Dolby Vision enhances today's viewing experiences and is ready for the next wave of innovation from TV, movies, games, and streaming services. |

| CLAIM | SOURCES |
|-------|---------|
|       | <br><br>**4.1  Setting the Target Display**<br><br>Select a target display for Content Mapping and creative trims. Set the target display to the Rec.709, 100-nit target display first. Make sure you are using Full Range settings on your target display.<br><br>**IMPORTANT NOTE:**  If applying trims to any shot on the timeline, the SDR 100-nit, Rec.709 trim is required to establish the foundation for trim interpolation. |

| CLAIM | SOURCES |
|---|---|
| |  |

| CLAIM | SOURCES |
|---|---|
|  | Source(s):<br>• ETSI GS CCM 001 V1.1.1 (2017-02)<br>• "Dolby Vision White Paper: Dolby Vision for the Home (2016)"<br>• *See, e.g.*, YouTube Video: Autodesk x Dolby Vision: Producing HDR Content in a Streaming Era ft. Blue Post (https://www.youtube.com/watch?v=RkAHNXAysSc&t=556s at 9:30-10:10)<br>• Dolby Vision Color Grading Best Practices Guide, Version 4.3 (February 18, 2021)<br>• TCL QM7K |