# Exhibit 11

Exhibit 07 – U.S. PATENT NO. 9,747,674

| 9,747,674 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 10pre. A device for converting an original image sequence whose luminance values belong to a given dynamic range, said device comprising a processor configured to: | The Amazon HDR Accused Instrumentalities are devices for converting an original image sequence whose luminance values belong to a given dynamic range, said device comprising a processor.<br><br>For example, the Fire TV can perform conversion of luminance values within a defined dynamic range in accordance with the HDR10+ or Dolby Vision specification.<br><br>Source: https://www.amazon.com/dp/B0DFNPK1D3?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DFNPK1D3_4&th=1 |

---

[1] As used herein, the term "HDR Accused Instrumentalities" refers to all Amazon devices that are HDR, HDR10+, or Dolby Vision compliant as defined in the complaint. For purposes of this analysis, the Fire TV 4 Series is used as the representative product, as all HDR Accused Instrumentalities perform the same accused functionality in substantially the same way with respect to the asserted patent claims.

Exhibit 07 – U.S. PATENT NO. 9,747,674

| | |
|---|---|
| | The Fire TV has a quad-core processor.<br><br><br><br>Source: https://www.amazon.com/dp/B0DFNPK1D3?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DFNPK1D3_4&th=1 |
| 10a. convert, image-by-image, the dynamic range of the luminance component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the original image sequence to obtain a modified luminance component whose values belong to a lower dynamic | The Amazon HDR Accused Instrumentalities are devices that convert, image-by-image, the dynamic range of the luminance component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the original image sequence to obtain a modified luminance component whose values belong to a lower dynamic range than that of the original image sequence.<br><br>For example, the Fire TV converts the luminance range of an image in an HDR10+ video sequence from a higher dynamic range (master display) to a lower dynamic range of its display. |

Exhibit 07 – U.S. PATENT NO. 9,747,674

| | |
|---|---|
| range than that of the original image sequence, wherein the processor is further configured to: | <br><br>The complete range of PQ content light levels extends to 10,000 nits. . Because no consumer display can achieve the full 10,000 nits, the internal processing of each display adjusts the highest PQ levels to fit within the display's maximum brightness capability. This adjustment, called tone mapping, gives you the full benefit of the display's brightest light levels, while maintaining detail in the highlights.<br><br>Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf<br><br>As an example, the video content from *The Summer I Turned Pretty* was originally mastered at a peak luminance of 1000 nits, representing the original dynamic range, and is intended to be displayed on a target system with a maximum luminance of approximately 400 nits, corresponding to a lower dynamic range. The HDR10+ metadata specifies, for each frame, a tone-mapping operator defined by Bezier-curve and knee-point parameters that describe how the luminance values are to be compressed to fit the capabilities of the target display. During playback, the Fire TV would decode similar metadata and apply the defined mapping to each frame, thereby converting the luminance values of the mastered content to produce images optimized for its lower-luminance display. |

Exhibit 07 – U.S. PATENT NO. 9,747,674

```
{
  "frames": [
    {
      "media_type": "video",
      "stream_index": 0,
      "key_frame": 1,
      "pts": 242002,
      "pts_time": "10.083417",
      "best_effort_timestamp": 242002,
      "best_effort_timestamp_time": "10.083417",
      "duration": 1001,
      "duration_time": "0.041708",
      "pkt_pos": "14194",
      "pkt_size": "2033",
      "width": 3840,
      "height": 1920,
      "crop_top": 0,
      "crop_bottom": 0,
      "crop_left": 0,
      "crop_right": 0,
      "pix_fmt": "yuv420p10le",
      "sample_aspect_ratio": "1:1",
      "pict_type": "I",
      "interlaced_frame": 0,
      "top_field_first": 0,
      "lossless": 0,
      "repeat_pict": 0,
      "color_range": "tv",
      "color_space": "bt2020nc",
      "color_primaries": "bt2020",
```

- 4 -

Exhibit 11
Page 223

Exhibit 07 – U.S. PATENT NO. 9,747,674

```
          "color_transfer": "smpte2084",
          "chroma_location": "left",
          "side_data_list": [
            {
              "side_data_type": "Mastering display metadata",
              "red_x": "34000/50000",
              "red_y": "16000/50000",
              "green_x": "13250/50000",
              "green_y": "34500/50000",
              "blue_x": "7500/50000",
              "blue_y": "3000/50000",
              "white_point_x": "15635/50000",
              "white_point_y": "16450/50000",
              "min_luminance": "1/10000",
              "max_luminance": "10000000/10000"
            },
            {
              "side_data_type": "Content light level metadata",
              "max_content": 903,
              "max_average": 159
            },
            {
              "side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",
              "application version": 1,
              "num_windows": 1,
              "targeted_system_display_maximum_luminance": "400/1",
              "maxscl": "29/100000",
              "maxscl": "57/100000",
              "maxscl": "192/100000",
              "average_maxrgb": "0/100000",
              "num_distribution_maxrgb_percentiles": 9,
```

Exhibit 07 – U.S. PATENT NO. 9,747,674

|  |  |
|---|---|
|  | "distribution_maxrgb_percentage": 1,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 5,<br>"distribution_maxrgb_percentile": "155/100000",<br>"distribution_maxrgb_percentage": 10,<br>"distribution_maxrgb_percentile": "100/100000",<br>"distribution_maxrgb_percentage": 25,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 50,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 75,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 90,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 95,<br>"distribution_maxrgb_percentile": "1/100000",<br>"distribution_maxrgb_percentage": 99,<br>"distribution_maxrgb_percentile": "137/100000",<br>"fraction_bright_pixels": "0/1000",<br>"knee_point_x": "0/4095",<br>"knee_point_y": "0/4095",<br>"num_bezier_curve_anchors": 9,<br>"bezier_curve_anchors": "102/1023",<br>"bezier_curve_anchors": "205/1023",<br>"bezier_curve_anchors": "307/1023",<br>"bezier_curve_anchors": "410/1023",<br>"bezier_curve_anchors": "512/1023",<br>"bezier_curve_anchors": "614/1023",<br>"bezier_curve_anchors": "717/1023",<br>"bezier_curve_anchors": "819/1023",<br>"bezier_curve_anchors": "922/1023" |

Exhibit 07 – U.S. PATENT NO. 9,747,674

| | |
|---|---|
| | }<br>]<br>}<br>]<br>}<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |
| 10b. correct the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence. | The Amazon HDR Accused Instrumentalities are devices that correct the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence.<br><br>For example, the Fire TV corrects the dynamic range of the luminance component by reducing it according to a value calculated from a maximum light level of the original scene. |

Exhibit 07 – U.S. PATENT NO. 9,747,674



Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf

The metadata for the exemplary *The Summer I Turned Pretty* stream has three MaxSCL values, a per-scene measurement of the brightest RGB values in the mastered HDR content. For example, the first scene with the time stamp of roughly 10.08 shows a max scene content light level used to further correct the dynamic range of that scene.
```
    {
    "frames": [
```

Exhibit 07 – U.S. PATENT NO. 9,747,674

```
        {
            "media_type": "video",
            "stream_index": 0,
            "key_frame": 1,
            "pts": 242002,
            "pts_time": "10.083417",
            "best_effort_timestamp": 242002,
            "best_effort_timestamp_time": "10.083417",
            "duration": 1001,
            "duration_time": "0.041708",
            "pkt_pos": "14194",
            "pkt_size": "2033",
            "width": 3840,
            "height": 1920,
            "crop_top": 0,
            "crop_bottom": 0,
            "crop_left": 0,
            "crop_right": 0,
            "pix_fmt": "yuv420p10le",
            "sample_aspect_ratio": "1:1",
            "pict_type": "I",
            "interlaced_frame": 0,
            "top_field_first": 0,
            "lossless": 0,
            "repeat_pict": 0,
            "color_range": "tv",
            "color_space": "bt2020nc",
            "color_primaries": "bt2020",
            "color_transfer": "smpte2084",
            "chroma_location": "left",
            "side_data_list": [
```

Exhibit 07 – U.S. PATENT NO. 9,747,674

|  |  |
|---|---|
|  | ```
{
  "side_data_type": "Mastering display metadata",
  "red_x": "34000/50000",
  "red_y": "16000/50000",
  "green_x": "13250/50000",
  "green_y": "34500/500 00",
  "blue_x": "7500/50000",
  "blue_y": "3000/50000",
  "white_point_x": "15635/50000",
  "white_point_y": "16450/50000",
  "min_luminance": "1/10000",
  "max_luminance": "10000000/10000"
},
{
  "side_data_type": "Content light level metadata",
  "max_content": 903,
  "max_average": 159
},
{
  "side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",
  "application version": 1,
  "num_windows": 1,
  "targeted_system_display_maximum_luminance": "400/1",
  "maxscl": "29/100000",
  "maxscl": "57/100000",
  "maxscl": "192/100000",
  "average_maxrgb": "0/100000",
  "num_distribution_maxrgb_percentiles": 9,
  "distribution_maxrgb_percentage": 1,
  "distribution_maxrgb_percentile": "0/100000",
  "distribution_maxrgb_percentage": 5,
``` |

Exhibit 07 – U.S. PATENT NO. 9,747,674

```
                    "distribution_maxrgb_percentile": "155/100000",
                    "distribution_maxrgb_percentage": 10,
                    "distribution_maxrgb_percentile": "100/100000",
                    "distribution_maxrgb_percentage": 25,
                    "distribution_maxrgb_percentile": "0/100000",
                    "distribution_maxrgb_percentage": 50,
                    "distribution_maxrgb_percentile": "0/100000",
                    "distribution_maxrgb_percentage": 75,
                    "distribution_maxrgb_percentile": "0/100000",
                    "distribution_maxrgb_percentage": 90,
                    "distribution_maxrgb_percentile": "0/100000",
                    "distribution_maxrgb_percentage": 95,
                    "distribution_maxrgb_percentile": "1/100000",
                    "distribution_maxrgb_percentage": 99,
                    "distribution_maxrgb_percentile": "137/100000",
                    "fraction_bright_pixels": "0/1000",
                    "knee_point_x": "0/4095",
                    "knee_point_y": "0/4095",
                    "num_bezier_curve_anchors": 9,
                    "bezier_curve_anchors": "102/1023",
                    "bezier_curve_anchors": "205/1023",
                    "bezier_curve_anchors": "307/1023",
                    "bezier_curve_anchors": "410/1023",
                    "bezier_curve_anchors": "512/1023",
                    "bezier_curve_anchors": "614/1023",
                    "bezier_curve_anchors": "717/1023",
                    "bezier_curve_anchors": "819/1023",
                    "bezier_curve_anchors": "922/1023"
                }
            ]
        }
```

Exhibit 07 – U.S. PATENT NO. 9,747,674

|  |  |
|---|---|
|  | ]<br>}<br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv<br><br>Another scene from the same video as the first with the timestamp of roughly 55.87 shows different maximum content light levels for that scene.<br><br>```<br>{<br>  "media_type": "video",<br>  "best_effort_timestamp_time": "55.879167",<br>  "pict_type": "B",<br>  "side_data_list": [<br>    {<br>      "side_data_type": "Mastering display metadata",<br>      "red_x": "34000/50000",<br>      "red_y": "16000/50000",<br>      "green_x": "13250/50000",<br>      "green_y": "34500/50000",<br>      "blue_x": "7500/50000",<br>      "blue_y": "3000/50000",<br>      "white_point_x": "15635/50000",<br>      "white_point_y": "16450/50000",<br>      "min_luminance": "1/10000",<br>      "max_luminance": "10000000/10000"<br>    },<br>    {<br>      "side_data_type": "Content light level metadata",<br>      "max_content": 903,<br>      "max_average": 159<br>    },<br>``` |

Exhibit 07 – U.S. PATENT NO. 9,747,674

|  |  |
|---|---|
|  | ```
{
  "side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",
  "application version": 1,
  "num_windows": 1,
  "targeted_system_display_maximum_luminance": "400/1",
  "maxscl": "3590/100000",
  "average_maxrgb": "232/100000",
  "num_distribution_maxrgb_percentiles": 9,
  "distribution_maxrgb_percentage": 99,
  "distribution_maxrgb_percentile": "3236/100000",
  "fraction_bright_pixels": "0/1000",
  "knee_point_x": "0/4095",
  "knee_point_y": "0/4095",
  "num_bezier_curve_anchors": 9,
  "bezier_curve_anchors": "922/1023"
}
    ]
},
```
Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |