# Exhibit 12

# Exhibit 33 – U.S. PATENT NO. 9,747,674

| 9,747,674 | Amazon HDR Accused Instrumentalities[1] |
| --- | --- |
| 10pre. A device for converting an original image sequence whose luminance values belong to a given dynamic range, said device comprising a processor configured to: | The Amazon HDR Accused Instrumentalities are devices for converting an original image sequence whose luminance values belong to a given dynamic range, said device comprising a processor.<br><br>For example, the Fire TV can perform conversion of luminance values within a defined dynamic range in accordance with the HDR10+ or Dolby Vision specification. |

[1] As used herein, the term "HDR Accused Instrumentalities" refers to all Amazon devices that are HDR, HDR10+, or Dolby Vision compliant as defined in the complaint. For purposes of this analysis, the Fire TV Omni Series is used as the representative product, as all HDR Accused Instrumentalities perform the same accused functionality in substantially the same way with respect to the asserted patent claims.

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | Source: https://www.amazon.com/dp/B0DD24KM9Y?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DD2P7YVW_2&th=1<br><br>The Fire TV has a quad-core processor.<br><br>**Speed, redefined**<br>Forget typing in a show or searching app by app. Jump right into what you love with blazing-fast performance and an intelligent experience.<br>**Apps open and load quickly** Quad-core processor<br>**Seamless streaming and gaming** Wi-Fi 6 support<br>**Smart and intuitive search** Fire TV with Alexa<br><br>Source: https://www.amazon.com/dp/B0DD24KM9Y?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DD2P7YVW_2&th= |
| 10a. convert, image-by-image, the dynamic range of the luminance component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the | The Amazon HDR Accused Instrumentalities are devices that convert, image-by-image, the dynamic range of the luminance component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the original image sequence to obtain a modified luminance component whose values belong to a lower dynamic range than that of the original image sequence.<br><br>For example, the Fire TV converts the luminance range of an image in an HDR10+ video sequence from a higher dynamic range (master display) to a lower dynamic range of its display. |

# Exhibit 33 – U.S. PATENT NO. 9,747,674

| | |
|---|---|
| original image sequence to obtain a modified luminance component whose values belong to a lower dynamic range than that of the original image sequence, wherein the processor is further configured to: | <br><br>*The complete range of PQ content light levels extends to 10,000 nits. . Because no consumer display can achieve the full 10,000 nits, the internal processing of each display adjusts the highest PQ levels to fit within the display's maximum brightness capability. This adjustment, called tone mapping, gives you the full benefit of the display's brightest light levels, while maintaining detail in the highlights.*<br><br>Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf<br><br>As an example, the video content from *The Summer I Turned Pretty* was originally mastered at a peak luminance of 1000 nits, representing the original dynamic range, and is intended to be displayed on a target system with a maximum luminance of approximately 400 nits, corresponding to a lower dynamic range. The HDR10+ metadata specifies, for each frame, a tone-mapping operator defined by Bezier-curve and knee-point parameters that describe how the luminance values are to be compressed to fit the capabilities of the target display. During playback, the Fire TV would decode similar metadata and apply the defined mapping to each frame, thereby converting the luminance values of the mastered content to produce images optimized for its lower-luminance display. |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | {<br>"frames": [<br>{<br>"media_type": "video",<br>"stream_index": 0,<br>"key_frame": 1,<br>"pts": 242002,<br>"pts_time": "10.083417",<br>"best_effort_timestamp": 242002,<br>"best_effort_timestamp_time": "10.083417",<br>"duration": 1001,<br>"duration_time": "0.041708",<br>"pkt_pos": "14194",<br>"pkt_size": "2033",<br>"width": 3840,<br>"height": 1920,<br>"crop_top": 0,<br>"crop_bottom": 0,<br>"crop_left": 0,<br>"crop_right": 0,<br>"pix_fmt": "yuv420p10le",<br>"sample_aspect_ratio": "1:1",<br>"pict_type": "I",<br>"interlaced_frame": 0,<br>"top_field_first": 0,<br>"lossless": 0,<br>"repeat_pict": 0,<br>"color_range": "tv",<br>"color_space": "bt2020nc",<br>"color_primaries": "bt2020", |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**


```
"color_transfer": "smpte2084",
"chroma_location": "left",
"side_data_list": [
  {
    "side_data_type": "Mastering display metadata",
    "red_x": "34000/50000",
    "red_y": "16000/50000",
    "green_x": "13250/50000",
    "green_y": "34500/50000",
    "blue_x": "7500/50000",
    "blue_y": "3000/50000",
    "white_point_x": "15635/50000",
    "white_point_y": "16450/50000",
    "min_luminance": "1/10000",
    "max_luminance": "10000000/10000"
  },
  {
    "side_data_type": "Content light level metadata",
    "max_content": 903,
    "max_average": 159
  },
  {
    "side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",
    "application version": 1,
    "num_windows": 1,
    "targeted_system_display_maximum_luminance": "400/1",
    "maxscl": "29/100000",
    "maxscl": "57/100000",
    "maxscl": "192/100000",
    "average_maxrgb": "0/100000",
    "num_distribution_maxrgb_percentiles": 9,
```

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | "distribution_maxrgb_percentage": 1,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 5,<br>"distribution_maxrgb_percentile": "155/100000",<br>"distribution_maxrgb_percentage": 10,<br>"distribution_maxrgb_percentile": "100/100000",<br>"distribution_maxrgb_percentage": 25,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 50,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 75,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 90,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 95,<br>"distribution_maxrgb_percentile": "1/100000",<br>"distribution_maxrgb_percentage": 99,<br>"distribution_maxrgb_percentile": "137/100000",<br>"fraction_bright_pixels": "0/1000",<br>"knee_point_x": "0/4095",<br>"knee_point_y": "0/4095",<br>"num_bezier_curve_anchors": 9,<br>"bezier_curve_anchors": "102/1023",<br>"bezier_curve_anchors": "205/1023",<br>"bezier_curve_anchors": "307/1023",<br>"bezier_curve_anchors": "410/1023",<br>"bezier_curve_anchors": "512/1023",<br>"bezier_curve_anchors": "614/1023",<br>"bezier_curve_anchors": "717/1023",<br>"bezier_curve_anchors": "819/1023",<br>"bezier_curve_anchors": "922/1023" |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | } ] } ] }<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |
| 10b. correct the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence. | The Amazon HDR Accused Instrumentalities are devices that correct the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence.<br><br>For example, the Fire TV corrects the dynamic range of the luminance component by reducing it according to a value calculated from a maximum light level of the original scene. |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| |   *In contrast, dynamic metadata indicates the maximum light level for each scene, enabling the display to optimize the tone mapping curve on a scene-by-scene basis. You get a closer match to the creative intent line in low-light scenes, delivering much more detail in the shadows.*<br><br>Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf<br><br>The metadata for the exemplary *The Summer I Turned Pretty* stream has three MaxSCL values, a per-scene measurement of the brightest RGB values in the mastered HDR content. For example, the first scene with the time stamp of roughly 10.08 shows a max scene content light level used to further correct the dynamic range of that scene. During playback, the Fire TV would decode similar luminance metadata and apply it. |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**


| | {<br>"frames": [<br>{<br>"media_type": "video",<br>"stream_index": 0,<br>"key_frame": 1,<br>"pts": 242002,<br>"pts_time": "10.083417",<br>"best_effort_timestamp": 242002,<br>"best_effort_timestamp_time": "10.083417",<br>"duration": 1001,<br>"duration_time": "0.041708",<br>"pkt_pos": "14194",<br>"pkt_size": "2033",<br>"width": 3840,<br>"height": 1920,<br>"crop_top": 0,<br>"crop_bottom": 0,<br>"crop_left": 0,<br>"crop_right": 0,<br>"pix_fmt": "yuv420p10le",<br>"sample_aspect_ratio": "1:1",<br>"pict_type": "I",<br>"interlaced_frame": 0,<br>"top_field_first": 0,<br>"lossless": 0,<br>"repeat_pict": 0,<br>"color_range": "tv",<br>"color_space": "bt2020nc",<br>"color_primaries": "bt2020",<br>"color_transfer": "smpte2084", |
|---|---|

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | "chroma_location": "left",<br>"side_data_list": [<br>{<br>"side_data_type": "Mastering display metadata",<br>"red_x": "34000/50000",<br>"red_y": "16000/50000",<br>"green_x": "13250/50000",<br>"green_y": "34500/500 00",<br>"blue_x": "7500/50000",<br>"blue_y": "3000/50000",<br>"white_point_x": "15635/50000",<br>"white_point_y": "16450/50000",<br>"min_luminance": "1/10000",<br>"max_luminance": "10000000/10000"<br>},<br>{<br>"side_data_type": "Content light level metadata",<br>"max_content": 903,<br>"max_average": 159<br>},<br>{<br>"side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",<br>"application version": 1,<br>"num_windows": 1,<br>"targeted_system_display_maximum_luminance": "400/1",<br>"maxscl": "29/100000",<br>"maxscl": "57/100000",<br>"maxscl": "192/100000",<br>"average_maxrgb": "0/100000",<br>"num_distribution_maxrgb_percentiles": 9,<br>"distribution_maxrgb_percentage": 1, |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | "distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 5,<br>"distribution_maxrgb_percentile": "155/100000",<br>"distribution_maxrgb_percentage": 10,<br>"distribution_maxrgb_percentile": "100/100000",<br>"distribution_maxrgb_percentage": 25,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 50,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 75,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 90,<br>"distribution_maxrgb_percentile": "0/100000",<br>"distribution_maxrgb_percentage": 95,<br>"distribution_maxrgb_percentile": "1/100000",<br>"distribution_maxrgb_percentage": 99,<br>"distribution_maxrgb_percentile": "137/100000",<br>"fraction_bright_pixels": "0/1000",<br>"knee_point_x": "0/4095",<br>"knee_point_y": "0/4095",<br>"num_bezier_curve_anchors": 9,<br>"bezier_curve_anchors": "102/1023",<br>"bezier_curve_anchors": "205/1023",<br>"bezier_curve_anchors": "307/1023",<br>"bezier_curve_anchors": "410/1023",<br>"bezier_curve_anchors": "512/1023",<br>"bezier_curve_anchors": "614/1023",<br>"bezier_curve_anchors": "717/1023",<br>"bezier_curve_anchors": "819/1023",<br>"bezier_curve_anchors": "922/1023"<br>} |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | ] } ] }<br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv<br><br>Another scene from the same video as the first with the timestamp of roughly 55.87 shows different maximum content light levels for that scene.<br><br>{ "media_type": "video", "best_effort_timestamp_time": "55.879167", "pict_type": "B", "side_data_list": [ { "side_data_type": "Mastering display metadata", "red_x": "34000/50000", "red_y": "16000/50000", "green_x": "13250/50000", "green_y": "34500/50000", "blue_x": "7500/50000", "blue_y": "3000/50000", "white_point_x": "15635/50000", "white_point_y": "16450/50000", "min_luminance": "1/10000", "max_luminance": "10000000/10000" }, { "side_data_type": "Content light level metadata", "max_content": 903, |

**Exhibit 33 – U.S. PATENT NO. 9,747,674**

| | |
|---|---|
| | "max_average": 159<br>},<br>{<br>"side_data_type": "HDR Dynamic Metadata SMPTE2094-40 (HDR10+)",<br>"application version": 1,<br>"num_windows": 1,<br>"targeted_system_display_maximum_luminance": "400/1",<br>"maxscl": "3590/100000",<br>"average_maxrgb": "232/100000",<br>"num_distribution_maxrgb_percentiles": 9,<br>"distribution_maxrgb_percentage": 99,<br>"distribution_maxrgb_percentile": "3236/100000",<br>"fraction_bright_pixels": "0/1000",<br>"knee_point_x": "0/4095",<br>"knee_point_y": "0/4095",<br>"num_bezier_curve_anchors": 9,<br>"bezier_curve_anchors": "922/1023"<br>}<br>]<br>},<br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |
| 1pre. A method for converting an original image sequence whose luminance values belong to a given dynamic range, said method comprising: | The Amazon HDR Accused Instrumentalities perform a method for converting an original image sequence whose luminance values belong to a given dynamic range.<br><br>*See* Limitations 10pre-10b. |
| 1a. converting, image-by-image, the dynamic range of the luminance | The Amazon HDR Accused Instrumentalities perform a method comprising converting, image-by-image, the dynamic range of the luminance component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the original image sequence to obtain a modified luminance |

## Exhibit 33 – U.S. PATENT NO. 9,747,674

| | |
|---|---|
| component of each image of the original image sequence by applying a dynamic range conversion operator to the luminance component of each image of the original image sequence to obtain a modified luminance component whose values belong to a lower dynamic range than that of the original image sequence, wherein it also comprises: | component whose values belong to a lower dynamic range than that of the original image sequence.<br><br>See Limitations 10pre-10b. |
| 1b. correcting the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence. | The Amazon HDR Accused Instrumentalities perform a method comprising correcting the dynamic range of the values of the luminance component thus modified by reducing it by a value calculated from a global characteristic of the original image sequence.<br><br>See Limitations 10pre-10b. |