# Exhibit 13

## Exhibit 06 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1pre. An information processing device, comprising | The Amazon HDR Accused Instrumentalities are information processing devices.<br><br>For example, the Fire TV can process HDR content like HDR10, HDR10+, or Dolby Vision.<br><br>Source: https://www.amazon.com/dp/B0DFNPK1D3?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DFNPK1D3_4&th=1 |

---

[1] As used herein, the term "HDR Accused Instrumentalities" refers to all Amazon devices that are HDR, HDR10+, or Dolby Vision compliant as defined in the complaint. For purposes of this analysis, the Fire TV 4 Series is used as the representative product, as all HDR Accused Instrumentalities perform the same accused functionality in substantially the same way with respect to the asserted patent claims.

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1a. a data processing unit configured to: | The Amazon HDR Accused Instrumentalities have a data processing unit.<br><br>For example, the Fire TV has a quad-core processor.<br><br>**Speed, redefined**<br>Forget typing in a show or searching app by app. Jump right into what you love with blazing-fast performance and an intelligent experience.<br><br>Apps open and load quickly — Quad-core processor<br>Seamless streaming and gaming — Wi-Fi 6 support<br>Smart and intuitive search — Fire TV with Alexa<br><br>Source: https://www.amazon.com/dp/B0DFNPK1D3?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DFNPK1D3_4&th=1 |
| 1b. acquire high dynamic range (HDR) image metadata from an MP4 file, wherein | The Amazon HDR Accused Instrumentalities acquire high dynamic range (HDR) image metadata from an MP4 file.<br><br>For example, the Fire TV processor is capable of acquiring HDR metadata from an MP4 file. The file for *The Summer I Turned Pretty* identified as "video/mp4." |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | Metadata obtained using the https://gpac.github.io/mp4box.js/test/filereader.html utility on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv <br><br> Further, the exemplary *The Summer I Turned Pretty* file includes HDR metadata. <br><br> $ mediainfocli PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv <br> General <br> Complete name                          : PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv <br> Format                                 : cmfc <br> Codec ID                               : cmfc (cmfc/iso6/dash/chd1) <br> File size                              : 95.4 MiB <br> Duration                               : 48 s 257 ms <br> Overall bit rate                       : 16.6 Mb/s <br> Frame rate                             : 23.976 FPS <br> Conformance errors                     : 1 <br>  MPEG-4                                : Yes <br>   General compliance                   : File size 100000001 is less than expected size 102615983 (offset 0x5B032F6) <br> Video |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
|  | ID                                : 1<br>Format                            : HEVC<br>Format/Info                       : High Efficiency Video Coding<br>Format profile                    : Main 10@L5@Main<br>HDR format                        : SMPTE ST 2094 App 4, Version 1, HDR10+ Profile B compatible<br>Codec ID                          : encv / hev1<br>Codec ID/Info                     : High Efficiency Video Coding<br>Duration                          : 48 s 257 ms<br>Bit rate                          : 17.0 Mb/s<br>Maximum bit rate                  : 31.3 Mb/s<br>Width                             : 3 840 pixels<br>Height                            : 1 920 pixels<br>Display aspect ratio              : 2.000<br>Frame rate mode                   : Constant<br>Frame rate                        : 23.976 (24000/1001) FPS<br>Color space                       : YUV<br>Chroma subsampling                : 4:2:0<br>Bit depth                         : 10 bits<br>Bits/(Pixel*Frame)                : 0.096<br>Stream size                       : 97.8 MiB<br>Writing library                   : HEVC Coding<br>Encryption                        : Encrypted<br>Color range                       : Limited<br>Color primaries                   : BT.2020<br>Transfer characteristics          : PQ<br>Matrix coefficients               : BT.2020 non-constant<br>==Mastering display color primaries   : Display P3==<br>==Mastering display luminance         : min: 0.0001 cd/m2, max: 1000 cd/m2==<br>==Maximum Content Light Level         : 903 cd/m2==<br>==Maximum Frame-Average Light Level   : 159 cd/m2== |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | Codec configuration box         : hvcC<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |
| 1c. the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file, and | The Amazon HDR Accused Instrumentalities acquire metadata wherein the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file.<br><br>For example, the Fire TV acquires HDR metadata from a stream like *The Summer I Turned Pretty* MP4 file. The HDR metadata includes the MaxCLL (Maximum Content Light Level) or the maximum luminance level of the brightest pixel in the content and MaxFALL (Maximum Frame-Average Light Level) or the maximum frame-average luminance across the content.<br><br>==$ mediainfocli PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv==<br>General<br>Complete name                   : PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv<br>Format                          : cmfc<br>Codec ID                        : cmfc (cmfc/iso6/dash/chd1)<br>File size                       : 95.4 MiB<br>Duration                        : 48 s 257 ms<br>Overall bit rate                : 16.6 Mb/s<br>Frame rate                      : 23.976 FPS<br>Conformance errors              : 1<br>  MPEG-4                        : Yes<br>   General compliance           : File size 100000001 is less than expected size 102615983 (offset 0x5B032F6)<br>Video<br>ID                              : 1<br>Format                          : HEVC<br>Format/Info                     : High Efficiency Video Coding<br>Format profile                  : Main 10@L5@Main |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | HDR format                         : SMPTE ST 2094 App 4, Version 1, HDR10+ Profile B compatible<br>Codec ID                            : encv / hev1<br>Codec ID/Info                       : High Efficiency Video Coding<br>Duration                            : 48 s 257 ms<br>Bit rate                            : 17.0 Mb/s<br>Maximum bit rate                    : 31.3 Mb/s<br>Width                               : 3 840 pixels<br>Height                              : 1 920 pixels<br>Display aspect ratio                : 2.000<br>Frame rate mode                     : Constant<br>Frame rate                          : 23.976 (24000/1001) FPS<br>Color space                         : YUV<br>Chroma subsampling                  : 4:2:0<br>Bit depth                           : 10 bits<br>Bits/(Pixel*Frame)                  : 0.096<br>Stream size                         : 97.8 MiB<br>Writing library                     : HEVC Coding<br>Encryption                          : Encrypted<br>Color range                         : Limited<br>Color primaries                     : BT.2020<br>Transfer characteristics            : PQ<br>Matrix coefficients                 : BT.2020 non-constant<br>Mastering display color primaries   : Display P3<br>Mastering display luminance         : min: 0.0001 cd/m2, max: 1000 cd/m2<br>==Maximum Content Light Level            : 903 cd/m2==<br>==Maximum Frame-Average Light Level      : 159 cd/m2==<br>Codec configuration box             : hvcC<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1d. the HDR image data stored in the MP4 file is based on an MP4 format; | The Amazon HDR Accused Instrumentalities acquire HDR image data wherein the HDR image data stored in the MP4 file is based on an MP4 format.<br><br>*See* Limitation 1b.-1c. |
| 1e. acquire display function information of a display unit from the display unit; | The Amazon HDR Accused Instrumentalities acquire display function information of a display unit from the display unit.<br><br>For example, on information and belief, the Fire TV processor acquires its display functions such so that it can perform the tone-mapping required to display the HDR content.<br><br>*See* Limitation 1g-f. |
| 1f. read the HDR image data from the MP4 file; | The Amazon HDR Accused Instrumentalities read the HDR image data from the MP4 file.<br><br>For example, a Fire TV can playback HDR content and thus must be able to decode and read the HDR image data.<br><br>*See* Limitation 1pre.-1e. |
| 1g. execute a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit; | The Amazon HDR Accused Instrumentalities execute a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit.<br><br>For example, the Amazon Fire TV does tone mapping of the mastered HDR content to its display. Specifically, the Fire TV compares the mastered HDR metadata against the display's own characteristics. When its display cannot reproduce the mastered HDR image, the processor executes a tone-mapping conversion based on the acquired HDR image metadata that adjusts the decoded HDR image data to fit within the display's achievable range while maintaining creative intent. |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | <br><br>Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf<br><br>*See* Limitation 1a.-1c, 1e. |
| 1h. execute an output image generation process based on the execution of | The Amazon HDR Accused Instrumentalities execute an output image generation process based on the execution of the conversion process. |

**Exhibit 06 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| the conversion process; and | For example, the Amazon Fire TV generates a final HDR image signal based on the dynamic tone mapping. *See* Limitation 1g. and 1.f. |
| 1f. output an image signal to the display unit based on the executed output image generation process. | The Amazon HDR Accused Instrumentalities output an image signal to the display unit based on the executed output image generation process.<br><br>For example, the Amazon Fire TV outputs the converted image signal to its display and plays back the HDR content. |