# Exhibit 14

## Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1pre. An information processing device, comprising | The Amazon HDR Accused Instrumentalities are information processing devices.<br><br>For example, the Fire TV can process HDR content like HDR10, HDR10+, or Dolby Vision.<br><br><br><br>Source:<br>https://www.amazon.com/dp/B0DD24KM9Y?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DD2P7YVW_2&th= |

---

[1] As used herein, the term "HDR Accused Instrumentalities" refers to all Amazon devices that are HDR, HDR10+, or Dolby Vision compliant as defined in the complaint. For purposes of this analysis, the Fire TV Omni is used as the representative product, as all HDR Accused Instrumentalities perform the same accused functionality in substantially the same way with respect to the asserted patent claims.

- 1 -

Exhibit 14<br>Page 256

## Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1a. a data processing unit configured to: | The Amazon HDR Accused Instrumentalities have a data processing unit.<br><br>For example, the Fire TV has a quad-core processor.<br><br><br><br>Source:<br>https://www.amazon.com/dp/B0DD24KM9Y?ref_=amzdv_fa_bn_clk_210710209011_FT1P_d_B0DD2P7YVW_2&th=1 |
| 1b. acquire high dynamic range (HDR) image metadata from an MP4 file, wherein | The Amazon HDR Accused Instrumentalities acquire high dynamic range (HDR) image metadata from an MP4 file.<br><br>For example, the Fire TV processor is capable of acquiring HDR metadata from an MP4 file. The Fire TV can play HDR10+ content such as *The Summer I Turned Pretty* from Amazon Prime Video. The file for *The Summer I Turned Pretty* identified as "video/mp4." |

Exhibit 14
Page 257

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| |  |

Metadata obtained using the https://gpac.github.io/mp4box.js/test/filereader.html utility on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv

Further, the exemplary *The Summer I Turned Pretty* file includes HDR metadata.

$ mediainfocli PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv
General
Complete name: PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv
Format: cmfc
Codec ID: cmfc (cmfc/iso6/dash/chd1)
File size: 95.4 MiB
Duration: 48 s 257 ms
Overall bit rate: 16.6 Mb/s
Frame rate: 23.976 FPS
Conformance errors: 1
MPEG-4: Yes
General compliance: File size 100000001 is less than expected size 102615983 (offset 0x5B032F6)
Video

- 3 -

Exhibit 14
Page 258

Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | ID: 1<br>Format: HEVC<br>Format/Info: High Efficiency Video Coding<br>Format profile: Main 10@L5@Main<br>HDR format: SMPTE ST 2094 App 4, Version 1, HDR10+ Profile B compatible<br>Codec ID: encv / hev1<br>Codec ID/Info: High Efficiency Video Coding<br>Duration: 48 s 257 ms<br>Bit rate: 17.0 Mb/s<br>Maximum bit rate: 31.3 Mb/s<br>Width: 3 840 pixels<br>Height: 1 920 pixels<br>Display aspect ratio: 2.000<br>Frame rate mode: Constant<br>Frame rate: 23.976 (24000/1001) FPS<br>Color space: YUV<br>Chroma subsampling: 4:2:0<br>Bit depth: 10 bits<br>Bits/(Pixel*Frame): 0.096<br>Stream size: 97.8 MiB<br>Writing library: HEVC Coding<br>Encryption: Encrypted<br>Color range: Limited<br>Color primaries: BT.2020<br>Transfer characteristics: PQ<br>Matrix coefficients: BT.2020 non-constant<br>Mastering display color primaries: Display P3<br>Mastering display luminance: min: 0.0001 cd/m2, max: 1000 cd/m2<br>Maximum Content Light Level: 903 cd/m2<br>Maximum Frame-Average Light Level: 159 cd/m2 |

- 4 -

Exhibit 14<br>Page 259

## Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | Codec configuration box: hvcC<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |
| 1c. the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file, and | The Amazon HDR Accused Instrumentalities acquire metadata wherein the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file.<br><br>For example, the Fire TV acquires HDR metadata from *The Summer I Turned Pretty* MP4 file. The HDR metadata includes the MaxCLL (Maximum Content Light Level) or the maximum luminance level of the brightest pixel in the content and MaxFALL (Maximum Frame-Average Light Level) or the maximum frame-average luminance across the content.<br><br>$ mediainfocli PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv<br>General<br>Complete name: PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv<br>Format: cmfc<br>Codec ID: cmfc (cmfc/iso6/dash/chd1)<br>File size: 95.4 MiB<br>Duration: 48 s 257 ms<br>Overall bit rate: 16.6 Mb/s<br>Frame rate: 23.976 FPS<br>Conformance errors: 1<br>MPEG-4: Yes<br>General compliance: File size 100000001 is less than expected size 102615983 (offset 0x5B032F6)<br>Video<br>ID: 1<br>Format: HEVC<br>Format/Info: High Efficiency Video Coding<br>Format profile: Main 10@L5@Main<br>HDR format: SMPTE ST 2094 App 4, Version 1, HDR10+ Profile B compatible |

- 5 -

Exhibit 14<br>Page 260

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| | Codec ID: encv / hev1<br>Codec ID/Info: High Efficiency Video Coding<br>Duration: 48 s 257 ms<br>Bit rate: 17.0 Mb/s<br>Maximum bit rate: 31.3 Mb/s<br>Width: 3 840 pixels<br>Height: 1 920 pixels<br>Display aspect ratio: 2.000<br>Frame rate mode: Constant<br>Frame rate: 23.976 (24000/1001) FPS<br>Color space: YUV<br>Chroma subsampling: 4:2:0<br>Bit depth: 10 bits<br>Bits/(Pixel\*Frame): 0.096<br>Stream size: 97.8 MiB<br>Writing library: HEVC Coding<br>Encryption: Encrypted<br>Color range: Limited<br>Color primaries: BT.2020<br>Transfer characteristics: PQ<br>Matrix coefficients: BT.2020 non-constant<br>Mastering display color primaries: Display P3<br>Mastering display luminance: min: 0.0001 cd/m2, max: 1000 cd/m2<br>Maximum Content Light Level: 903 cd/m2<br>Maximum Frame-Average Light Level: 159 cd/m2<br>Codec configuration box: hvcC<br><br>Metadata obtained using the mediainfo and ffprobe utilities on the file PV-SummerTurnedPretty-S3E1-Head-c51ae7241e19_v14.cmfv |

- 6 -

Exhibit 14<br>Page 261

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 1d. the HDR image data stored in the MP4 file is based on an MP4 format; | The Amazon HDR Accused Instrumentalities acquire HDR image data wherein the HDR image data stored in the MP4 file is based on an MP4 format.<br><br>For example, the HDR image data is stored in the MP4 file and is based on the MP4 format.<br><br>*See* Limitation 1b.-1c. |
| 1e. acquire display function information of a display unit from the display unit; | The Amazon HDR Accused Instrumentalities acquire display function information of a display unit from the display unit.<br><br>For example, on information and belief, the Fire TV processor acquires its display functions such so that it can perform the tone-mapping required to display the HDR content.<br><br>*See* Limitation 1g-f. |
| 1f. read the HDR image data from the MP4 file; | The Amazon HDR Accused Instrumentalities read the HDR image data from the MP4 file.<br><br>For example, a Fire TV can playback HDR content and thus must be able to decode and read the HDR image data.<br><br>*See* Limitation 1pre.-1e. |
| 1g. execute a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit; | The Amazon HDR Accused Instrumentalities execute a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit.<br><br>For example, the Amazon Fire TV does tone mapping of the mastered HDR content to its display. Specifically, the Fire TV compares the mastered HDR metadata against the display's own characteristics. When its display cannot reproduce the mastered HDR image, the processor executes a tone-mapping conversion based on the acquired HDR image metadata that adjusts the decoded HDR image data to fit within the display's achievable range while maintaining creative intent. |

- 7 -

Exhibit 14
Page 262

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| |  The complete range of PQ content light levels extends to 10,000 nits. . Because no consumer display can achieve the full 10,000 nits, the internal processing of each display adjusts the highest PQ levels to fit within the display's maximum brightness capability. This adjustment, called tone mapping, gives you the full benefit of the display's brightest light levels, while maintaining detail in the highlights. Source: https://hdr10plus.org/wp-content/uploads/2025/04/HDR10_Ecosystem_April_2025.pdf *See* Limitation 1a.-1c, 1e. |
| 1h. execute an output image generation process based on the | The Amazon HDR Accused Instrumentalities execute an output image generation process based on the execution of the conversion process. |

- 8 -

Exhibit 14
Page 263

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| execution of the conversion process; and | For example, the Amazon Fire TV generates a final HDR image signal based on the dynamic tone mapping.<br><br>*See* Limitation 1g. and 1.f. |
| 1f. output an image signal to the display unit based on the executed output image generation process. | The Amazon HDR Accused Instrumentalities output an image signal to the display unit based on the executed output image generation process.<br><br>For example, the Amazon Fire TV outputs the converted image signal to its display and plays back the HDR content. |
| 12pre. An information processing method comprising: | The Amazon HDR Accused Instrumentalities perform the claimed processing method.<br><br>*See* Limitations 1pre.-1f. |
| 12a. in an information processing device: | The Amazon HDR Accused Instrumentalities perform an information processing method comprising an information processing device.<br><br>See Limitations 1pre.-1f. |
| 12b. acquiring, by a data processing unit of the information processing device, high dynamic range (HDR) image metadata from an MP4 file, wherein | The Amazon HDR Accused Instrumentalities perform an information processing method comprising acquiring, by a data processing unit of the information processing device, high dynamic range (HDR) image metadata from an MP4 file.<br><br>See Limitations 1pre.-1f. |
| 12c. the acquired HDR image metadata | The Amazon HDR Accused Instrumentalities perform an information processing method comprising the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file. |

- 9 -

Exhibit 14
Page 264

## Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| includes a maximum value of frame average luminance of HDR image data stored in the MP4 file, and | See Limitations 1pre.-1f. |
| the HDR image data stored in the MP4 file is based on an MP4 format; | The Amazon HDR Accused Instrumentalities perform an information processing method comprising the HDR image data stored in the MP4 file is based on an MP4 format.<br><br>See Limitations 1pre.-1f. |
| 12d. acquiring, by the data processing unit, display function information of a display unit from the display unit; | The Amazon HDR Accused Instrumentalities perform an information processing method comprising acquiring, by the data processing unit, display function information of a display unit from the display unit.<br><br>See Limitations 1pre.-1f. |
| 12e. reading, by the data processing unit, the HDR image data from the MP4 file; | The Amazon HDR Accused Instrumentalities perform an information processing method comprising reading, by the data processing unit, the HDR image data from the MP4 file.<br><br>See Limitations 1pre.-1f. |
| 12f. executing, by the data processing unit, a conversion process of the read HDR image data based on the acquired HDR image metadata and the | The Amazon HDR Accused Instrumentalities perform an information processing method comprising executing, by the data processing unit, a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit.<br><br>See Limitations 1pre.-1f. |

- 10 -

Exhibit 14
Page 265

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| acquired display function information of the display unit; | |
| 12g. executing, by the data processing unit, an output image generation process based on the execution of the conversion process; and | The Amazon HDR Accused Instrumentalities perform an information processing method comprising executing, by the data processing unit, an output image generation process based on the execution of the conversion process.<br><br>See Limitations 1pre.-1f. |
| 12h. outputting, by the data processing unit, an image signal to the display unit based on the executed output image generation process. | The Amazon HDR Accused Instrumentalities perform an information processing method comprising outputting, by the data processing unit, an image signal to the display unit based on the executed output image generation process.<br><br>See Limitations 1pre.-1f. |
| 14pre. A non-transitory computer-readable medium having stored thereon computer-executable instructions that, when executed by a processor of an information processing device, cause the processor to execute | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium having stored thereon computer-executable instructions that, when executed by a processor of an information processing device, cause the processor to execute operations.<br><br>See Limitations 1pre.-1f. |

- 11 -

Exhibit 14<br>Page 266

**Exhibit 32 – U.S. PATENT NO. 10,741,211**

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| operations, the operations comprising: | |
| 14a. acquiring high dynamic range (HDR) image metadata from an MP4 file, wherein | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising<br><br>See Limitations 1pre.-1f. |
| 14b. the acquired HDR image metadata includes a maximum value of frame average luminance of HDR image data stored in the MP4 file, and | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising<br><br>See Limitations 1pre.-1f. |
| 14c. the HDR image data stored in the MP4 file is based on an MP4 format, | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising<br><br>See Limitations 1pre.-1f. |
| acquiring display function information of a display unit from the display unit; | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising<br><br>See Limitations 1pre.-1f. |
| 14d. reading the HDR image data from the MP4 file; | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising<br><br>See Limitations 1pre.-1f. |

- 12 -

Exhibit 14
Page 267

Exhibit 32 – U.S. PATENT NO. 10,741,211

| 10,741,211 | Amazon HDR Accused Instrumentalities[1] |
|---|---|
| 14e. executing a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit; | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising executing a conversion process of the read HDR image data based on the acquired HDR image metadata and the acquired display function information of the display unit.<br><br>See Limitations 1pre.-1f. |
| 14f. executing an output image generation process based on the execution of the conversion process; and | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising executing an output image generation process based on the execution of the conversion process.<br><br>See Limitations 1pre.-1f. |
| 14g. outputting an image signal to the display unit based on the executed output image generation process. | The Amazon HDR Accused Instrumentalities comprise a non-transitory computer-readable medium cause the processor to execute operations comprising outputting an image signal to the display unit based on the executed output image generation process.<br><br>See Limitations 1pre.-1f. |

- 13 -

Exhibit 14
Page 268