# Exhibit 17

## Claim Chart Showing Infringement of U.S. Patent No. 11,399,168

As outlined in the below claim chart, Hisense directly infringes, either literally or under the doctrine of equivalents, at least Claims 18, 19, and 20 (the "Asserted Claims") of the '168 Patent through its importation, sale within the United States after importation into the United States, sale for importation, offer for sale, making, and/or use of the Accused Products that support high dynamic range ("HDR") formats including HDR10, HDR10+, and/or Dolby Vision. The exemplary claim mappings below include images and data from the Hisense 55U75QG 55" Class U7 Series MiniLED ULED 4K Google TV, but the following chart is exemplary of infringement by Hisense's Accused Products that use HDR formats. Moreover, Hisense actively induces Hisense Customers to use the Accused Products such that the Hisense Customers directly infringe at least the above asserted claims and contributes to others practicing at least the above Asserted Claims.

The following chart is based on information known to date. InterDigital reserves the right to amend and update this chart as additional information is obtained and analyzed.[1] InterDigital further reserves the right to issue expert reports explaining in detail Hisense's infringement of the '168 Patent.

---

[1] This exemplary chart does not limit, and is not intended to limit, InterDigital's positions or contentions on claim construction, infringement, domestic industry, or validity. InterDigital reserves the right to rely on other claims and/or products to establish the technical prong of the domestic industry requirement or to establish infringement. Furthermore, this chart should not be construed as providing any positions on claim construction, such as, for example, whether any preamble should be limiting or whether any claim element is subject to 35 U.S.C. Section 112(f).

| CLAIM | SOURCES |
|---|---|
| 18[P]. An apparatus comprising at least one processor and at least one memory having stored instructions operative, when executed by the at least one processor, to cause the apparatus to: | To the extent the preamble is limiting, the Accused Products practice an apparatus comprising at least one processor and at least one memory having stored instructions operative, when executed by the at least one processor, to cause the apparatus to operate as described by at least the following technical specifications:<br><br>**Hisense**: https://www.hisense-usa.com/product-page/televisions-55-class-u7-series-miniled-uled-4k-google-tv-55u75qg<br><br>**Hisense 55U75QG:**<br><br> |

| CLAIM | SOURCES |
|---|---|
| |  |

| CLAIM | SOURCES |
|---|---|

**System on Chip (SoC)**
Information about the central processor, graphic processor and the memory of the model.

| | |
|---|---|
| **Processor brand name** Brand name of the processor trademarked by the manufacturer. | Hi-View AI Engine Pro (4K) |
| **SoC** The system-on-chip (SoC) integrates different hardware components such as CPU, GPU, memory and others. | MediaTek Pentonic 800 (MT9655) |
| **Processor (CPU)** The main function of the processor (CPU) is to interpret and carry out instructions, thus allowing the functioning of the operating system and the software applications. | ARM Cortex-A73 |
| **CPU cores** The software instructions are performed by the CPU cores. The higher number of cores allows for the parallel (simultaneous) processing of more instructions and achieving higher performance. There are various processors equipped with 1, 2, 4, 6, 8, and more cores. | 4 |
| **CPU frequency** The clock rate/frequency of the CPU is measured in megahertz (MHz) or gigahertz (GHz) and indicates its working speed. Within one cycle or tick the processor may perform a varied number of instructions. | 1800 MHz (megahertz) |
| **GPU** The GPU processes computer graphics calculations. It is actively used in games, video decoding/playing, user interface visualization and so on. Its parallel architecture allows for its usage in specific calculations, which are processed more effectively by the GPU than by the CPU. | ARM Mali-G57 MC1 |
| **GPU cores** Similar to the CPU, the GPU may have more than one core, which serve for the parallel computing of various tasks and achieving better performance with various software applications. | 1 |
| **RAM type** There are different types of RAM and in the course of time they develop in parallel with the processors. Each consecutive RAM generation provides better performance via higher reading and writing speeds. | DDR4 |

4

Exhibit 17
Page 343

| CLAIM | SOURCES |
|---|---|
| |  Source(s): <ul><li>Hisense 55U75QG</li><li>"Dolby Vision White Paper: Dolby Vision for the Home (2016)"</li></ul> |
| [18.1] decode target parameters describing characteristics for a target color space for a video picture to be displayed in the target color space; | The Accused Products practice the element "decode target parameters describing characteristics for a target color space for a video picture to be displayed in the target color space", either literally or under the doctrine of equivalents, as described by at least the following technical specifications: |

| CLAIM | SOURCES |
|---|---|
| |  |

| CLAIM | SOURCES |
|---|---|
| | Viewing of the HDMI stream, HDR10 (**Hisense 55U75QG**)  Viewing of the HDMI stream, Dolby Vision (**Hisense 55U75QG**) **S1: § 1 Scope** The present document specifies the additional functionality required in Consumer devices for the reconstruction of an HDR/WCG signal using the "intelligent Compound Content Management" processing defined. Additionally it defines a method whereby this HDR/WCG signal and its associated metadata is transported over existing commonly used consumer baseband interfaces. This process is one element of an end-to-end HDR video system. The definition of the overall end-to-end HDR video system is out of scope of the present document. **S1: § 4 CCM system model** The CCM system consists of two main components, the Composer and the HDR Display Management Metadata Embedder - see figure 2. |

| CLAIM | SOURCES |
|---|---|
| | The composer reconstructs the HDR signal from the base layer (BL) image, the associated enhancement layer (EL) image and the related metadata information. First the EL signal is inverse quantized by applying inverse quantization coefficients delivered in the composing metadata (CM). Based on the BL signal and the related mapping coefficients of the CM, the predicted HDR signal is calculated. Finally the inverse quantized residual is added to the predicted HDR signal in order to recreate the HDR signal. If the characteristics of the BL input signal are different from the ones defined in SMPTE ST 2084 [1], a conversion of the recreated HDR signal according to SMPTE ST 2084 is performed to achieve the HDR output signal. The composer is defined in clause 5.<br><br>NOTE 1: Implementers can use different resolutions for the EL or the BL input pictures, thus requiring resampling of the input data before HDR composition in order to adjust either image resolution accordingly. Resampling is not a normative part of the present document and is assumed to be performed prior to the HDR reconstruction step defined in the present document. A reference implementation for the spatial resampling is provided in annex B.<br><br>Additional HDR, named HDR display management (DM) metadata, may be present at the input of the CCM system. The HDR DM metadata combines SMPTE ST 2086 static metadata [2] and SMPTE ST 2094-1/10 dynamic metadata [3] and [4], and is used to maintain the artistic intent when the content is mapped to the display capabilities. This HDR DM metadata should be passed-through to the output of the composer or the metadata embedder inserts the HDR DM metadata into the HDR picture for transport over baseband interfaces. The HDR DM metadata embedder is defined in clause 6.<br><br>NOTE 2: The composer metadata and functionality is independent of the type of SMPTE ST 2094 metadata carried. |

| CLAIM | SOURCES |
|-------|---------|
|  |  Figure 2: HDR Compound Content system high-level block diagram **S1: § 6   HDR display management (DM) metadata embedder definition** **S1: § 6.1 Introduction** This clause describes the guidelines for inserting HDR DM metadata into an HDR picture with transfer characteristics as defined in SMPTE ST 2084 [1] for transport over baseband interfaces (see figure 2). |

| CLAIM | SOURCES |
|---|---|
| | As the HDR signal is likely to provide a dynamic range and a colour gamut out of the HDR sink's capability range, display management may be performed in order to adapt the HDR signal to this range. Display management operations are image-content dependent in order to achieve the maximum performance. This image-dependent mapping is controlled by HDR DM metadata which is generated from the original HDR content.<br><br>In general, a group of HDR pictures share one HDR DM metadata package, or in worst case, every individual HDR picture has its own HDR DM metadata. So it is critical to make sure that the HDR DM metadata is synchronized to its corresponding HDR picture(s).<br><br>The data structure of HDR DM metadata is defined in clause 6.2.<br><br>The packetization of HDR DM metadata transmission is provided in clause 6.3.<br><br>**S1: § 6.2   HDR display management metadata definition**<br>**S1: § 6.2.1 HDR display management metadata syntax**<br>The parsing process of each syntax element by the descriptor u(n) is described in Recommendation ITU-T H.265 [9].<br><br>**Table 3: Display management metadata syntax** |

<table>
<tr><td>dm_metadata() {</td><td>Descriptor</td><td>Default Value</td></tr>
<tr><td>  <b>reserved_0x00_8bits</b></td><td>u(8)</td><td>0x00</td></tr>
<tr><td>  <b>scene_refresh_flag</b></td><td>u(8)</td><td>0x00</td></tr>
<tr><td>  for( c = 0; c < 3; c++ ) {</td><td></td><td></td></tr>
<tr><td>  for( i = 0; i < 3; i++ ) {</td><td></td><td></td></tr>
<tr><td>    <b>YCCtoRGB_coef_hi[ c ][ i ]</b></td><td>u(8)</td><td>refer to 6.2.2</td></tr>
<tr><td>    <b>YCCtoRGB_coef_lo[ c ][ i ]</b></td><td>u(8)</td><td>refer to 6.2.2</td></tr>
<tr><td>  }</td><td></td><td></td></tr>
<tr><td>}</td><td></td><td></td></tr>
</table>

| CLAIM | SOURCES | | |
|---|---|---|---|
| | for( c = 0; c < 3; c++ ) { | | |
| | **YCCto_RGB_offset_byte3[ c ]** | u(8) | refer to 6.2.2 |
| | **YCCto_RGB_offset_byte2[ c ]** | u(8) | refer to 6.2.2 |
| | **YCCto_RGB_offset_byte1[ c ]** | u(8) | refer to 6.2.2 |
| | **YCCto_RGB_offset_byte0[ c ]** | u(8) | refer to 6.2.2 |
| | **}** | | |
| | for( c = 0; c < 3; c++ ) { | | |
| | for( i = 0; i < 3; i++ ) { | | |
| | **RGBtoLMS_coef_hi[ c ][ i ]** | u(8) | refer to 6.2.2 |
| | **RGBtoLMS_coef_lo[ c ][ i ]** | u(8) | refer to 6.2.2 |
| | } | | |
| | } | | |
| | **reserved_0xff_8bits** | u(8) | 0xFF |
| | **reserved_0xff_8bits** | u(8) | 0xFF |
| | for( i = 0; i < 8; i++ ) { | | |
| | **reserved_0x00_8bits** | u(8) | 0x00 |
| | } | | |
| | **signal_bit_depth** | u(8) | 0x0C |
| | **signal_color_space** | u(8) | 0x00 |
| | **reserved_0x01_8bits** | u(8) | 0x01 |
| | **reserved_0x01_8bits** | u(8) | 0x01 |
| | **source_min_PQ_hi** | u(8) | 0x00 |
| | **source_min_PQ_lo** | u(8) | 0x3E |
| | **source_max_PQ_hi** | u(8) | 0x0E |
| | **source_max_PQ_lo** | u(8) | 0x70 |
| | **reserved_0x00_8bits** | u(8) | 0x00 |
| | **reserved_0x2a_8bits** | u(8) | 0x2A |
| | **num_ext_blocks** | u(8) | 0x00 |
| | if( num_ext_blocks > 0 ) { | | |
| | for( i = 0; i < num_ext_blocks; i ++ ) { | | |
| | ext_metadata_block() | | |
| | } | | |

| CLAIM | SOURCES |
|---|---|

|  | } |  |  |

**S1: § 6.2.2 HDR display management metadata semantics**

This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3.

(…)

**signal_color_space** specifies the HDR picture colour space. The value shall be in the range of 0 to 3, inclusive. The corresponding colour spaces are defined in table 6.

If the HDR picture is the output picture of the composing process as defined in clause 5.4, the value shall be set equal to the corresponding colour representation method of the associated HDR output picture.

**Table 6: Definition of HDR signal color space**

| signal_color_space | colour space representation |
|---|---|
| 0 | YCbCr |
| 1 | Reserved |
| 2 | ICtCp |
| 3 | Reserved |

Source(s):
- Hisense 55U75QG
- ETSI GS CCM 001 V1.1.1 (2017-02)

| CLAIM | SOURCES |
|---|---|
| [18.2] decode color transform parameters that facilitate remapping the video picture from a first color space to the target color space; | The Accused Products practice the element "decode color transform parameters that facilitate remapping the video picture from a first color space to the target color space", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**S1: § 5.3    Composing metadata (CM) definitions**<br><br>**S1: § 5.3.1 Introduction**<br>Clause 5.3 defines the composing metadata parameters which are needed to recreate the HDR output picture. These parameters shall be derived from the parsing process of the BL bitstream, the EL bitstream or both, or by other means.<br><br>(…)<br><br>Clause 5.3.3 defines the composing metadata parameters which are needed for the inverse mapping process as described in clause 5.4.2.<br><br><br>**S1: § 5.3.3    CM mapping parameter definitions**<br><br>**S1: § 5.3.3.1    CM general mapping parameter definitions**<br>**mapping_idc**[ cmp ][ pivot_idx ] specifies the mapping method used for the colour component cmp, and the component value identified by pivot_idx. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal to 0 shall be set to 0. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal to 1 or 2 shall be set to 0 or 1. The values of mapping_idc[ cmp ][ pivot_idx ] and corresponding mapping method are specified in table 1.<br><br>**Table 1: Definition of inter-layer mapping methods**<br><br>| mapping_idc | Mapping name | Mapping method |<br>|---|---|---|<br>| 0 | MAPPING_POLYNOMIAL | $N^{th}$ order polynomial mapping (N>=1) |<br>| 1 | MAPPING_MMR | MMR mapping | |

| CLAIM | SOURCES |
|---|---|
| | **S1: § 5.3.3.2 CM polynomial mapping parameter definitions**<br><br>**poly_order_minus1**[ cmp ][ pivot_idx ] plus 1 specifies the order of the polynomial mapping method identified by mapping_idc[ cmp ][ pivot_idx ]. The value of poly_order_minus1[ cmp ][ pivot_idx ] shall be in the range of 0 to 1, inclusive.<br><br>**poly_coef_int**[ cmp ][ pivot_idx ][ i ] specifies the integer portion of fp_poly_coef[ cmp ][ pivot_idx][ i ]. The value of poly_coeff_int[ cmp ][ pivot_idx ][ i ] shall be in the range of -64 to 63, inclusive.<br><br>NOTE:      fp_poly_coef[ cmp ][ pivot_idx ][ i ] is used to derive the value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ].<br><br>**poly_coef**[ cmp ][ pivot_idx ][ i ] specifies the fractional portion of fp_poly_coef[ cmp ][ pivot_idx ][ i ]. The length of the poly_coef[ cmp ][ pivot_idx ][ i ] syntax element is coefficient_log2_denom bits. The value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ] is derived as follows:<br><br>fp_poly_coef[ cmp ][ pivot_idx ][ i ] = (poly_coef_int[ cmp ][ pivot_idx ][ i ] << coefficient_log2_denom) + poly_coef[ cmp ][ pivot_idx ][ i ].<br><br><br>**S1: § 6.2   HDR display management metadata definition**<br><br>**S1: § 6.2.1 HDR display management metadata syntax**<br><br>**Table 3: Display management metadata syntax** |

| dm_metadata() { | Descriptor | Default Value |
|---|---|---|
| **reserved_0x00_8bits** | u(8) | 0x00 |
| **scene_refresh_flag** | u(8) | 0x00 |
| for( c = 0; c < 3; c++ ) { | | |
| for( i = 0; i < 3; i++ ) { | | |
| **YCCtoRGB_coef_hi[ c ][ i ]** | u(8) | refer to 6.2.2 |
| **YCCtoRGB_coef_lo[ c ][ i ]** | u(8) | refer to 6.2.2 |

| CLAIM | SOURCES | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| } | | | |
| } | | | |
| for( c = 0; c < 3; c++ ) { | | | |
| **YCCto_RGB_offset_byte3[ c ]** | u(8) | refer to 6.2.2 | |
| **YCCto_RGB_offset_byte2[ c ]** | u(8) | refer to 6.2.2 | |
| **YCCto_RGB_offset_byte1[ c ]** | u(8) | refer to 6.2.2 | |
| **YCCto_RGB_offset_byte0[ c ]** | u(8) | refer to 6.2.2 | |
| **}** | | | |
| for( c = 0; c < 3; c++ ) { | | | |
| for( i = 0; i < 3; i++ ) { | | | |
| **RGBtoLMS_coef_hi[ c ][ i ]** | u(8) | refer to 6.2.2 | |
| **RGBtoLMS_coef_lo[ c ][ i ]** | u(8) | refer to 6.2.2 | |
| } | | | |
| } | | | |

**S1: § 6.2.2 HDR display management metadata semantics**

This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3.

(…)

The following three-by-three matrix parameters YCCtoRGB_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 and three-by-one vector parameters YCCtoRGB_offset[ c ] with c=0..2 represent data used for the conversion from the opponent colour representation (YCbCr, ICtCp) to the non-linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture. See also the definition of Display Primaries in SMPTE ST 2086 [2].

The parameters are specified as follows:

| CLAIM | SOURCES |
|---|---|
| | **YCCtoRGB_coef**[ c ][ i ] specifies the value of three-by-three coefficients of the YCCtoRGB transform matrix. The value of YCCtoRGB_coef[ c ][ i ] is defined as Short(YCCtoRGB_coef_hi[ c ][ i ]<<8 \| YCCtoRGB_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive.<br><br>If information about YCCtoRGB_coef[ c ][ i ] is not available, the three-by-three coefficients of the YCCtoRGB transform matrix shall be set equal to [9 575, 0, 14 742; 9 575, -1 754, -4 383; 9 575, 17 372, 0].<br><br>**YCCtoRGB_offset**[ c ] specifies the value of three-by-one offset of the YCCtoRGB transform matrix. The value of YCCtoRGB_offset[ c ] is defined as (YCCtoRGB_offset_byte3[ c ]<<24 \| YCCtoRGB_offset_byte2[ c ]<<16 \| YCCtoRGB_offset_byte1[ c ]<<8 \| YCCtoRGB_offset_byte0[ c ]).The value shall be in the range of 0 to 232-1 , inclusive.<br><br>If information about YCCtoRGB_offset[ c ] is not available, the three-by-one YCCtoRGB transform matrix offsets shall be set equal to [67 108 864, 536 870 912, 536 870 912].<br><br>The following three-by-three parameters RGBtoLMS_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 represent data used for the conversion from the linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture to the linear LMS colour representation.<br><br>The parameters are specified as follows:<br><br>**RGBtoLMS_coef**[ c ][ i ] specifies the value of three-by-three coefficients of RGBtoLMS transform matrix. The value of RGBtoLMS_coef[ c ][ i ] is defined as Short(RGBtoLMS_coef_hi[ c ][ i ] <<8 \| RGBtoLMS_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive.<br><br>If information about RGBtoLMS_coef[ c ][ i ] is not available, the three-by-three coefficients of the RGBtoLMS transform matrix shall be set equal to [5 845, 9 702, 837; 2 568, 12 256, 1 561; 0, 679, 15 705].<br><br>Source(s):<br>• ETSI GS CCM 001 V1.1.1 (2017-02) |

| CLAIM | SOURCES |
|---|---|
| [18.3] remap the video picture to the target color space utilizing at least one of the decoded color transform parameters; and display the remapped video picture in the target color space; | The Accused Products practice the elements "remap the video picture to the target color space utilizing at least one of the decoded color transform parameters" and "display the remapped video picture in the target color space", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**Hisense 55U75QG**<br> |

| CLAIM | SOURCES |
|-------|---------|
|       | <br>Viewing of the HDMI stream, HDR10 (**Hisense 55U75QG**) |

| CLAIM | SOURCES |
|-------|---------|
|       |  |

Viewing of the HDMI stream, Dolby Vision (**Hisense 55U75QG**)

| EDID TX0: | HISENSE: 4K120 444 FRL6 VRR DSC ALLM DV HDR10+ HLG |
|-----------|----------------------------------------------------|
| AUDIO: | MAT Atmos, DD Atmos, DD, DTS:X+IMAX, DTSHD, DTS, LPCM 2.0 192kHz 24b |

**S1: § 4 CCM system model**

The CCM system consists of two main components, the Composer and the HDR Display Management Metadata Embedder - see figure 2.

The composer reconstructs the HDR signal from the base layer (BL) image, the associated enhancement layer (EL) image and the related metadata information. First the EL signal is inverse quantized by applying inverse quantization coefficients delivered in the composing metadata (CM). Based on the BL signal and the related mapping coefficients of the CM, the predicted HDR signal is calculated. Finally the inverse quantized residual is added to the predicted HDR signal in order to recreate the HDR signal. If the characteristics from the BL input signal are different from the ones defined in SMPTE ST 2084 [1], a conversion of the recreated HDR signal according to SMPTE ST 2084 is performed to achieve the HDR output signal. The composer is defined in clause 5.

NOTE 1: Implementers can use different resolutions for the EL or the BL input pictures, thus requiring resampling of the input data before HDR composition in order to adjust either image resolution accordingly. Resampling is not a normative part of the present document

| CLAIM | SOURCES |
|---|---|
|  | and is assumed to be performed prior to the HDR reconstruction step defined in the present document. A reference implementation for the spatial resampling is provided in annex B.<br><br>Additional HDR, named HDR display management (DM) metadata, may be present at the input of the CCM system. The HDR DM metadata combines SMPTE ST 2086 static metadata [2] and SMPTE ST 2094-1/10 dynamic metadata [3] and [4], and is used to maintain the artistic intent when the content is mapped to the display capabilities. This HDR DM metadata should be passed-through to the output of the composer or the metadata embedder inserts the HDR DM metadata into the HDR picture for transport over baseband interfaces. The HDR DM metadata embedder is defined in clause 6.<br><br>NOTE 2: The composer metadata and functionality is independent of the type of SMPTE ST 2094 metadata carried. |

| CLAIM | SOURCES |
|---|---|
| |  Figure 2: HDR Compound Content system high-level block diagram<br><br>**S1: § 5.3.3     CM mapping parameter definitions**<br><br>**S1: § 5.3.3.1    CM general mapping parameter definitions**<br><br>**mapping_idc**[ cmp ][ pivot_idx ] specifies the mapping method used for the colour component cmp, and the component value identified by pivot_idx. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal to 0 shall be set to 0. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal |

| CLAIM | SOURCES |
|---|---|
| | to 1 or 2 shall be set to 0 or 1. The values of mapping_idc[ cmp ][ pivot_idx ] and corresponding mapping method are specified in table 1. |

**Table 1: Definition of inter-layer mapping methods**

| mapping_idc | Mapping name | Mapping method |
|---|---|---|
| 0 | MAPPING_POLYNOMIAL | $N^{th}$ order polynomial mapping (N>=1) |
| 1 | MAPPING_MMR | MMR mapping |

**S1: § 5.3.3.2 CM polynomial mapping parameter definitions**

**poly_order_minus1**[ cmp ][ pivot_idx ] plus 1 specifies the order of the polynomial mapping method identified by mapping_idc[ cmp ][ pivot_idx ]. The value of poly_order_minus1[ cmp ][ pivot_idx ] shall be in the range of 0 to 1, inclusive.

**poly_coef_int**[ cmp ][ pivot_idx ][ i ] specifies the integer portion of fp_poly_coef[ cmp ][ pivot_idx][ i ]. The value of poly_coeff_int[ cmp ][ pivot_idx ][ i ] shall be in the range of -64 to 63, inclusive.

NOTE:    fp_poly_coef[ cmp ][ pivot_idx ][ i ] is used to derive the value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ].

**poly_coef**[ cmp ][ pivot_idx ][ i ] specifies the fractional portion of fp_poly_coef[ cmp ][ pivot_idx ][ i ]. The length of the poly_coef[ cmp ][ pivot_idx ][ i ] syntax element is coefficient_log2_denom bits. The value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ] is derived as follows:

fp_poly_coef[ cmp ][ pivot_idx ][ i ] = (poly_coef_int[ cmp ][ pivot_idx ][ i ] << coefficient_log2_denom) + poly_coef[ cmp ][ pivot_idx ][ i ].

**S1: § 5.4.2.3 BL input sample mapping**

**S1: § 5.4.2.3.1 General**

| CLAIM | SOURCES |
|---|---|
|  | For the reconstruction of the HDR picture each BL picture is mapped to the HDR domain. The mapping shall be derived individually for each sample of each of the three colour components. |
|  | First the value of mapping_idc is read depending on the pivot_idx derived for the element si,j of the sample array Scmp. Then, depending on the value of mapping_idc the process described in clauses 5.4.2.3.2 and 5.4.2.3.3 are invoked. |
|  | If mapping_idc is equal to 0, the mapping method specified in clause 5.4.2.3.2 is invoked with coefficients indexed by cmp and pivot_idx. |
|  | If mapping_idc is equal to 1, the mapping method specified in clause 5.4.2.3.3 is invoked with coefficients indexed by cmp and pivot_idx. |
|  | **S1: § 6.2.2 HDR display management metadata semantics**<br>This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3. |
|  | (…) |
|  | The following three-by-three matrix parameters YCCtoRGB_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 and three-by-one vector parameters YCCtoRGB_offset[ c ] with c=0..2 represent data used for the conversion from the opponent colour representation (YCbCr, ICtCp) to the non-linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture. See also the definition of Display Primaries in SMPTE ST 2086 [2]. |
|  | The parameters are specified as follows: |
|  | **YCCtoRGB_coef**[ c ][ i ] specifies the value of three-by-three coefficients of the YCCtoRGB transform matrix. The value of YCCtoRGB_coef[ c ][ i ] is defined as Short(YCCtoRGB_coef_hi[ c ][ i ]<<8 \| YCCtoRGB_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive. |

| CLAIM | SOURCES |
|---|---|
| | If information about YCCtoRGB_coef[ c ][ i ] is not available, the three-by-three coefficients of the YCCtoRGB transform matrix shall be set equal to [9 575, 0, 14 742; 9 575, -1 754, -4 383; 9 575, 17 372, 0]. |
| | **YCCtoRGB_offset**[ c ] specifies the value of three-by-one offset of the YCCtoRGB transform matrix. The value of YCCtoRGB_offset[ c ] is defined as (YCCtoRGB_offset_byte3[ c ]<<24 \| YCCtoRGB_offset_byte2[ c ]<<16 \| YCCtoRGB_offset_byte1[ c ]<<8 \| YCCtoRGB_offset_byte0[ c ]).The value shall be in the range of 0 to 232-1 , inclusive. |
| | If information about YCCtoRGB_offset[ c ] is not available, the three-by-one YCCtoRGB transform matrix offsets shall be set equal to [67 108 864, 536 870 912, 536 870 912]. |
| | The following three-by-three parameters RGBtoLMS_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 represent data used for the conversion from the linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture to the linear LMS colour representation. |
| | The parameters are specified as follows: |
| | **RGBtoLMS_coef**[ c ][ i ] specifies the value of three-by-three coefficients of RGBtoLMS transform matrix. The value of RGBtoLMS_coef[ c ][ i ] is defined as Short(RGBtoLMS_coef_hi[ c ][ i ] <<8 \| RGBtoLMS_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive. |
| | If information about RGBtoLMS_coef[ c ][ i ] is not available, the three-by-three coefficients of the RGBtoLMS transform matrix shall be set equal to [5 845, 9 702, 837; 2 568, 12 256, 1 561; 0, 679, 15 705]. |
| | Source(s):<br>• Hisense 55U75QG<br>• ETSI GS CCM 001 V1.1.1 (2017-02) |

| CLAIM | SOURCES |
|---|---|
| [18.4] wherein the color transform parameters represent at least three successively applied color transforms comprising a first color transform followed by a second color transform followed by a third color transform. | The Accused Products practice the elements "wherein the color transform parameters represent at least three successively applied color transforms comprising a first color transform followed by a second color transform followed by a third color transform", either literally or under the doctrine of equivalents, as described by at least the following technical specifications:<br><br>**S1: § 5.3 Composing metadata (CM) definitions**<br><br>**S1: § 5.3.1 Introduction**<br>Clause 5.3.3 defines the composing metadata parameters which are needed for the inverse mapping process as described in clause 5.4.2.<br><br>(…)<br><br>**S1: § 5.3.3    CM mapping parameter definitions**<br><br>**S1: § 5.3.3.1    CM general mapping parameter definitions**<br>**mapping_idc**[ cmp ][ pivot_idx ] specifies the mapping method used for the colour component cmp, and the component value identified by pivot_idx. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal to 0 shall be set to 0. The value of mapping_idc[ cmp ][ pivot_idx ] with the index cmp equal to 1 or 2 shall be set to 0 or 1. The values of mapping_idc[ cmp ][ pivot_idx ] and corresponding mapping method are specified in table 1. |

**Table 1: Definition of inter-layer mapping methods**

| mapping_idc | Mapping name | Mapping method |
|---|---|---|
| 0 | MAPPING_POLYNOMIAL | $N^{th}$ order polynomial mapping (N>=1) |
| 1 | MAPPING_MMR | MMR mapping |

**S1: § 5.3.3.2 CM polynomial mapping parameter definitions**

| CLAIM | SOURCES |
|---|---|
| | **poly_order_minus1**[ cmp ][ pivot_idx ] plus 1 specifies the order of the polynomial mapping method identified by mapping_idc[ cmp ][ pivot_idx ]. The value of poly_order_minus1[ cmp ][ pivot_idx ] shall be in the range of 0 to 1, inclusive.<br><br>**poly_coef_int**[ cmp ][ pivot_idx ][ i ] specifies the integer portion of fp_poly_coef[ cmp ][ pivot_idx][ i ]. The value of poly_coeff_int[ cmp ][ pivot_idx ][ i ] shall be in the range of -64 to 63, inclusive.<br><br>NOTE:    fp_poly_coef[ cmp ][ pivot_idx ][ i ] is used to derive the value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ].<br><br>**poly_coef**[ cmp ][ pivot_idx ][ i ] specifies the fractional portion of fp_poly_coef[ cmp ][ pivot_idx ][ i ]. The length of the poly_coef[ cmp ][ pivot_idx ][ i ] syntax element is coefficient_log2_denom bits. The value of the i-th order polynomial coefficient associated with mapping_idc[ cmp ][ pivot_idx ] is derived as follows:<br><br>fp_poly_coef[ cmp ][ pivot_idx ][ i ] = (poly_coef_int[ cmp ][ pivot_idx ][ i ] << coefficient_log2_denom)<br>+ poly_coef[ cmp ][ pivot_idx ][ i ].<br><br><br>**S1: § 6.2**<br><br>**S1: § 6.2.1 HDR display management metadata syntax**<br><br>The parsing process of each syntax element by the descriptor u(n) is described in Recommendation ITU-T H.265 [9].<br><br>**Table 2: HDR Display management metadata syntax** |

| hdr_dm_metadata() { | Descriptor | Default Value |
|---|---|---|
| if( metadata_version == 0 ) { | | |
| dm_metadata() | | |
| } | | |
| } | | |

| CLAIM | SOURCES |
|---|---|
| | **Table 3: Display management metadata syntax** <br><br> *(see table below)* <br><br> **S1: § 6.2.2 HDR display management metadata semantics** <br> This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3. <br><br> (…) |

**Table 3: Display management metadata syntax**

| dm_metadata() { | Descriptor | Default Value |
|---|---|---|
| **reserved_0x00_8bits** | u(8) | 0x00 |
| **scene_refresh_flag** | u(8) | 0x00 |
| for( c = 0; c < 3; c++ ) { | | |
| for( i = 0; i < 3; i++ ) { | | |
| **YCCtoRGB_coef_hi[ c ][ i ]** | u(8) | refer to 6.2.2 |
| **YCCtoRGB_coef_lo[ c ][ i ]** | u(8) | refer to 6.2.2 |
| } | | |
| } | | |
| for( c = 0; c < 3; c++ ) { | | |
| **YCCto_RGB_offset_byte3[ c ]** | u(8) | refer to 6.2.2 |
| **YCCto_RGB_offset_byte2[ c ]** | u(8) | refer to 6.2.2 |
| **YCCto_RGB_offset_byte1[ c ]** | u(8) | refer to 6.2.2 |
| **YCCto_RGB_offset_byte0[ c ]** | u(8) | refer to 6.2.2 |
| **}** | | |
| for( c = 0; c < 3; c++ ) { | | |
| for( i = 0; i < 3; i++ ) { | | |
| **RGBtoLMS_coef_hi[ c ][ i ]** | u(8) | refer to 6.2.2 |
| **RGBtoLMS_coef_lo[ c ][ i ]** | u(8) | refer to 6.2.2 |
| } | | |
| } | | |

(…)

**S1: § 6.2.2 HDR display management metadata semantics**

This clause defines the semantics of the DM metadata syntax defined in clause 6.2.1. If a metadata parameter is not present its value shall be set to the default value as defined in table 3.

(…)

Exhibit 17
Page 366

| CLAIM | SOURCES |
|-------|---------|
|  | The following three-by-three matrix parameters YCCtoRGB_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 and three-by-one vector parameters YCCtoRGB_offset[ c ] with c=0..2 represent data used for the conversion from the opponent colour representation (YCbCr, ICtCp) to the non-linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture. See also the definition of Display Primaries in SMPTE ST 2086 [2].<br><br>The parameters are specified as follows:<br><br>**YCCtoRGB_coef**[ c ][ i ] specifies the value of three-by-three coefficients of the YCCtoRGB transform matrix. The value of YCCtoRGB_coef[ c ][ i ] is defined as Short(YCCtoRGB_coef_hi[ c ][ i ]<<8 \| YCCtoRGB_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive.<br><br>If information about YCCtoRGB_coef[ c ][ i ] is not available, the three-by-three coefficients of the YCCtoRGB transform matrix shall be set equal to [9 575, 0, 14 742; 9 575, -1 754, -4 383; 9 575, 17 372, 0].<br><br>**YCCtoRGB_offset**[ c ] specifies the value of three-by-one offset of the YCCtoRGB transform matrix. The value of YCCtoRGB_offset[ c ] is defined as (YCCtoRGB_offset_byte3[ c ]<<24 \| YCCtoRGB_offset_byte2[ c ]<<16 \| YCCtoRGB_offset_byte1[ c ]<<8 \| YCCtoRGB_offset_byte0[ c ]).The value shall be in the range of 0 to 232-1 , inclusive.<br><br>If information about YCCtoRGB_offset[ c ] is not available, the three-by-one YCCtoRGB transform matrix offsets shall be set equal to [67 108 864, 536 870 912, 536 870 912].<br><br>The following three-by-three parameters RGBtoLMS_coef[ c ][ i ] with the row index c=0..2 and the column index i=0..2 represent data used for the conversion from the linear trichromatic colour representation (RGB, LMS) of the HDR ouput picture to the linear LMS colour representation.<br><br>The parameters are specified as follows:<br><br>**RGBtoLMS_coef**[ c ][ i ] specifies the value of three-by-three coefficients of RGBtoLMS transform matrix. The value of RGBtoLMS_coef[ c ][ i ] is defined as Short(RGBtoLMS_coef_hi[ c ][ i ] <<8 \| RGBtoLMS_coef_lo[ c ][ i ]). The value shall be in the range of -32 768 to 32 767, inclusive. |

| CLAIM | SOURCES |
|---|---|
| | If information about RGBtoLMS_coef[ c ][ i ] is not available, the three-by-three coefficients of the RGBtoLMS transform matrix shall be set equal to [5 845, 9 702, 837; 2 568, 12 256, 1 561; 0, 679, 15 705]. <br><br> (…) <br><br> **trim_slope** specifies the slope metadata. The value shall be in the range of 0 to 4 095, inclusive. The value of trim_slope is defined as (trim_slope_hi<<8 \| trim_slope_lo). Note that the 12-bit slope value is calculated as follows: <br><br> $$trim\_slope = \text{Clip3}(0, 4\ 095, \text{Round}((S\text{-}0,5) * 4\ 096))$$ <br><br> where $S$ is the ToneMappingGain as defined in clause 6.2.3 of SMPTE ST 2094-10 [4]. <br><br> **trim_offset** specifies the offset metadata. The value shall be in the range of 0 to 4 095, inclusive. The value of trim_offset is defined by (trim_offset_hi<<8 \| trim_offset_lo. Note that the 12-bit offset value is calculated as follows: <br><br> $$trim\_offset = \text{Clip3}(0, 4\ 095, \text{Round}((O\text{+}0,5) * 4\ 096))$$ <br><br> where $O$ is the ToneMappingOffset as defined in clause 6.2.2 of SMPTE ST 2094-10 [4]. <br><br> **trim_power** specifies the power metadata. The value of trim_power is defined as (trim_power_hi<<8 \| trim_power_lo). <br><br> The value shall be in the range of 0 to 4 095, inclusive. Note that the 12-bit power value is calculated as follows: <br><br> $$trim\_power = \text{Clip3}(0, 4\ 095, \text{Round}((P\text{-}0,5) * 4\ 096))$$ <br><br> where $P$ is the ToneMappingGamma as defined in clause 6.2.4 of SMPTE ST 2094-10 [4]. |

| CLAIM | SOURCES |
|---|---|
|  | **trim_chroma_weight** specifies the chroma weight metadata. The value of trim_chroma_weight is defined as (trim_chroma_weight_hi<<8 \| trim_chroma_weight_lo). The value shall be in the range of 0 to 4 095, inclusive. Note that the 12-bit chroma weight value is calculated as follows:<br><br>$$trim\_chroma\_weight = \mathrm{Clip3}(0, 4\,095, \mathrm{Round}((CW+0{,}5) * 4\,096))$$<br><br>where *CW* is the ChromaCompensationWeight as defined in clause 6.3.1 of SMPTE ST 2094-10 [4].<br><br>**trim_saturation_gain** specifies the saturation gain metadata. The value of trim_saturation_gain is defined as (trim_saturation_gain_hi<<8 \| trim_saturation_gain_lo). The value shall be in the range of 0 to 4 095, inclusive. Note that the 12-bit saturation gain value is calculated as follows:<br><br>$$trim\_saturation\_gain = \mathrm{Clip3}(0, 4\,095, \mathrm{Round}((SG+0{,}5) * 4\,096))$$<br><br>where *SG* is the SaturationGain as defined in clause 6.3.2 of SMPTE ST 2094-10 [4].<br><br>**ms_weight** specifies the multiscale weight metadata. If the most significant bit of ms_weight_hi is equal to 1, then the value of ms_weight is unspecified and all bits of ms_weight_hi and ms_weight_lo shall be set equal to 1.<br><br>Otherwise, if the most significant bit of ms_weight_hi is equal to 0, the value of ms_weight is defined as Short(ms_weight_hi<<8 \| ms_weight_lo) and shall be in the range of 0 to 4 095, inclusive. Note that the 12-bit multiscale weight value is calculated as follows:<br><br>$$ms\_weight = \mathrm{Clip3}(0, 4\,095, \mathrm{Round}(MS * 4\,096))$$<br><br>where *MS* is the ToneDetailFactor as defined in clause 6.4.2 of SMPTE ST 2094-10 [4]. |

| CLAIM | SOURCES |
|---|---|
| | ### 4.3   Setting Trim Metadata<br><br>Once the target display is selected and Analysis has completed, the color corrector will start content mapping or send L0 and L1 metadata to the eCMU over SDI and the eCMU will start content mapping to the target display. The colorist can now use the Dolby Vision L2/L8 Trim controls to modify the mapped look as needed.<br>The Dolby Vision Content Mapping algorithms are designed to reflect the creative intent in the HDR master image. The colorist can use the Dolby Vision Trim controls to modify the mapped look as needed. If the default mapping is acceptable, the colorist can skip that shot and move to the next shot on the timeline.<br><br>**IMPORTANT NOTE 1:**  It is REQUIRED that the colorist set the target display to map the HDR grade to an SDR Rec.709, 100-nit target and check the mapping for all the shots across the entire timeline. This is required irrespective of whether you intend to use the resulting metadata to create an SDR Rec.709, 100-nit deliverable for distribution. |

| CLAIM | SOURCES |
|---|---|
| | **Setting Additional Target Trims**<br><br>Always complete the SDR Rec.709, 100-nit Target Trim first. In addition to this target trim, the colorist has the option to create additional trims for other targets to refine the Dolby Vision Content Mapping algorithms. These additional trims are not required for Dolby Vision but may be requested by the client or studio. If additional trims are required, be sure to perform a full pass and not use the same values for the entire timeline. Once the Rec.709, 100-nit trim has been created, the additional trims should not be drastic and very quick to achieve. In general, only a few shots per reel may require trimming.<br>• For a 4000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 1000-nits to check the mapping at 1000 nits for the HDR10 deliverable.<br>• For a 1000-nit Dolby Vision HDR Master, the colorist may add an optional target trim at 600-nits to check the mapping at the average peak luminance level of current consumer HDR televisions.<br>Colorists may choose to add both 600-nit and 1000-nit additional trims for a 2000-nit or 4000-nit master HDR grade. Dolby Vision supports up to 4 target trims per deliverable. Each additional trim pass only requires minimal adjustments due to the previous trims at surrounding targets. |

Exhibit 17
Page 371

SMPTE ST 2084:2014

## 4    Reference EOTF

### 4.1    Linearization and Scaling

The EOTF transforms a nonlinear color value $N$ into an optical output value $C$. The EOTF transform shall be split into two steps: a linearization equation followed by a level calibration equation as defined in Sections 4.2 and 4.3.

### 4.2    EOTF Linearization Equation

The linear color values proportional to the desired optical output denoted by $L$ are related to the nonlinear color values proportional to an input signal denoted by $N$. This relationship shall be defined by the EOTF linearization equation:

**Equation 4.1**

$$L = \left( \frac{max\left[ \left( N^{1/m_2} - c_1 \right), 0 \right]}{c_2 - c_3 N^{1/m_2}} \right)^{1/m_1}$$

where

$N$ denotes a nonlinear color value

$L$ denotes the corresponding linear color value

$m_1$ is the number $2610/4096 \times \frac{1}{4} = 0.1593017578125$

$m_2$ is the number $2523/4096 \times 128 = 78.84375$

$c_1$ is the number $3424/4096 = 0.8359375 = c_3 - c_2 + 1$

$c_2$ is the number $2413/4096 \times 32 = 18.8515625$

$c_2$ is the number $2392/4096 \times 32 = 18.6875$

33

Exhibit 17
Page 372

| CLAIM | SOURCES |
|-------|---------|
|       | **SMPTE ST 2084:2014**<br><br>**5    Reference Inverse-EOTF**<br>**5.1    Linearization and Scaling**<br>An Inverse-EOTF transform converts an optical output value $C$ to a nonlinear color value $N$. The inverse EOTF transform shall be split into two steps: a normalization equation followed by a nonlinear encoding equation as defined in Sections 5.2 and 5.3.<br><br>**5.2    Inverse-EOTF Normalization Equation**<br>The Inverse-EOTF normalization equation shall be defined as follows:<br><br>**Equation 5.1**<br><br>$$L = C/10{,}000$$<br><br>where<br><br>$\qquad C$ denotes an optical output value<br><br>$\qquad L$ denotes the corresponding linear color value<br><br>$C$ represents the luminance in candelas per square meter (cd/m$^2$) when<br><br>$\qquad$ all three component values of a linear additive tristimulus system are equal to $L$<br><br>$\quad$ or<br><br>$\qquad$ a system contains a linear luminance component value $Y$ that is equal to $L$, and any other color components are set to their native white point |

| CLAIM | SOURCES |
|-------|---------|
|       | ### 5.3    Inverse-EOTF Nonlinear Encoding Equation<br><br>The Inverse-EOTF nonlinear encoding equation shall be defined as follows:<br><br>**Equation 5.2**<br><br>$$N = \left( \frac{c_1 + c_2 L^{m_1}}{1 + c_3 L^{m_1}} \right)^{m_2}$$<br><br>where<br><br>$L$ denotes a linear color value<br><br>$N$ denotes the corresponding nonlinear color value<br><br>$m_1$ is the number $2610/4096 \times \frac{1}{4} = 0.1593017578125$<br><br>$m_2$ is the number $2523/4096 \times 128 = 78.84375$<br><br>$c_1$ is the number $3424/4096 = 0.8359375 = c_3 - c_2 + 1$<br><br>$c_2$ is the number $2413/4096 \times 32 = 18.8515625$<br><br>$c_3$ is the number $2392/4096 \times 32 = 18.6875$ |

| CLAIM | SOURCES |
|---|---|
| | **DISPLAY MANAGER**<br><br>The display manager is tuned for the target display device: it knows the maximum and minimum brightness, color gamut, and other characteristics of that device. Metadata that accompanies the full-range Dolby Vision video signal carries information about the original system used to grade the content and any special information about the signal. Using this metadata, the display manager intelligently transforms the full-range signal to produce the best possible output on the target device.<br><br><br><br>Source(s):<br><ul><li>ETSI GS CCM 001 V1.1.1 (2017-02)</li><li>Dolby Vision Color Grading Best Practices Guide, Version 4.3 (February 18, 2021)</li><li>SMPTE ST 2084:2014: "Dynamic Range Electro-Optical Transfer Function of Mastering Reference Displays"</li><li>"Dolby Vision White Paper: Dolby Vision for the Home (2016)"</li></ul> |