**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES, INC., et al., | Case No. CV 26-2270 PA (SPx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| INTERDIGITAL, INC., et al., | |
| Defendants. | |

Pursuant to the Court's June 18, 2026 Minute Order declining to exercise jurisdiction over this Declaratory Judgment Action filed by plaintiffs Dolby Laboratories, Inc., Dolby Laboratories Licensing Corp., and Dolby International AB, and granting the Motion to Dismiss filed by defendants InterDigital, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital VC Holdings, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 7, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE